

## Federal Bar Association

**Middle District of Pennsylvania Chapter**

*President*
David R. Fine
Kirkpatrick & Lockhart LLP
240 North Third Street
Harrisburg, Pa. 17101
(717) 231-5820
(717) 231-4501 (fax)
dfine@kl.com (e-mail)

*President-Elect*
J. Michael Wiley
Executive Plaza
330 Pine Street
Williamsport, Pa. 17701
(570) 321-0735
(570) 321-0785 (fax)
jmwileyesq@aol.com (e-mail)

*Vice President*
Joseph G. Ferguson
Rosenn, Jenkins & Greenwald, LLP
120 Wyoming Avenue
Scranton, Pa. 18503
(570) 341-5600
(570) 347-9883 (fax)
jgf@rjglaw.com (e-mail)

*Secretary & CLE Chair*
Bridget E. Montgomery
Eckert, Seamans, Cherin & Mellott, LLC
213 Market Street
P.O. Box 1248
Harrisburg, Pa. 17108
(717) 237-6054
(717) 237-6019 (fax)
bxm@escm.com (e-mail)

*Treasurer*
Malcolm L. MacGregor
Foley, McLane, Foley, McDonald &
MacGregor
600 Linden Street
P.O. Box 1108
Scranton, Pa. 18501
(570) 342-8194
(570) 342-4685 (fax)
mlm@foleylawfirm.com (e-mail)

*Immediate Past President
& National Delegate*
Michael J. McDonald
Foley, McLane, Foley, McDonald &
MacGregor
600 Linden Street
P.O. Box 1108
Scranton, Pa. 18501
(570) 342-8194
(570) 342-4658 (fax)
mjm@foleylawfirm.com (e-mail)

*Past Presidents' Advisory Committee*
Andrew H. Cline
Robert J. DeSousa
Malachy E. Mannion
James J. West
David C. Shipman

February 28, 2002

FILED
HARRISBURG

MAR - 5 2002

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

Hon. Yvette Kane
U.S. District Court
P. O. Box 983
Harrisburg, PA 17108

Re:  Banks-Bennett v. Ingram Micro U.S. et al
     No. 1:CV-01-1241

Dear Judge Kane:

With regret, I advise you that our Chapter will not provide a volunteer attorney for plaintiff in this matter. We have had the case carefully reviewed by two of our panel members, one of whom is an employment law specialist, and at least one of whom spent time discussing this case with plaintiff. Both of them have concluded that plaintiff's effort to make temporary employees a protected class cannot succeed. Thus, the assistance of counsel in this matter will not increase plaintiff's chances of success.

We look forward to future opportunities to assist the Court through our *pro bono* program.

Respectfully yours,

Charles W. Rubendall II

CWRII/sg
cc:  John B. Dougherty, Esquire
     Lori K. Serratelli, Esquire
     David R. Fine, Esquire, FBA Chapter President

*Pro Bono Chair*
Charles W. Rubendall II
Keefer Wood Allen & Rahal, LLP
210 Walnut Street
P.O. Box 11963
Harrisburg, Pa. 17108-1963
(717) 255-8010
(717) 255-8050 (fax)
crubendall@keeferwood.com (e-mail)

*Young Lawyers Chair*
Anthony Potter
Powell, Trachtman, Logan, Carrle,
Bowman & Lombardo P.C.
114 North Second Street
Harrisburg, Pa. 17101
(717) 238-9300
(717) 238-9325 (fax)
apotter@powelltrachtman.com (e-mail)

*Membership Chair*
Lori K. Serratelli
Serratelli Schiffman Brown & Calhoon, PC
2080 Linglestown Road
Harrisburg, Pa. 17110
(717) 540-9170
(717) 540-5481 (fax)
lserratelli@ssbc-law.com (e-mail)