IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHIRLEY A. BANKS-BENNETT, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 1:CV-01-1241 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| INGRAM MICRO U.S., et al., | : | |
| Defendants. | : | |

FILED
HARRISBURG

MAR - 6 2002

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## ORDER

By Order of December 5, 2001, this Court provisionally appointed Plaintiff representation in this case. However, on February 28, 2002, the Court was notified by the <u>Pro Bono</u> Chair of the Federal Bar Association that he was unable to provide a volunteer attorney for Plaintiff in this case. Plaintiff has neither a constitutional nor statutory right to appoint counsel. <u>Parham v. Johnson</u>, 126 F.3d 454, 456-57 (3d Cir. 1997). While this Court sought to appoint counsel pursuant to 28 U.S.C. § 1915(e)(1), the Court does not have the authority to compel counsel to take the case. Accordingly, Plaintiff will be required to proceed with her case without counsel.

**THEREFORE, IT IS ORDERED THAT:**

1. The provisional appointment of counsel for plaintiff is **REVOKED**.

2. Plaintiff shall file a response to Defendants pending motion to dismiss within thirty (30) days from the date of this Order.

3. Defendants shall have ten (10) days thereafter to file a reply brief.

_____
Yvette Kane
United States District Judge

Dated: March 6, 2002.