IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHIRLEY A. BENNETT
(PLAINTIFF)

INGRAM MICRO U.S. ETAL
(DEFENDANTS)

ORIGINAL

CIVIL ACTION NO. 3186l
1: CV-01-1241
(JUDGE KANE) ✓

FILED
HARRISBURG, PA
MAR 2 5 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

THIS IS OPPOSING MOTION

1. DEFENDANT CAUSES ACTION ARISING UNDER TITLE VII OF THE CIVIL RIGHTS ACT AND ADEA FOR RETALIATION FOR HAVING PREVIOUSLY FILED A COMPLAINT OF DISCRIMINATION.

2. PLAINTIFF MADE EMPLOYMENT APPLICATION.

3. DAVID KOZEMCHAFF H.R.R. (FACT FINDERS INFORMATION REQUEST FROM RESPONDENT AT FACT-FINDING CONFERENCE HELD (DATE 3-30-98)

4. PLEASE PROVIDE COPIES OF THE FOLLOWING RECORDS ON EMPLOYEES HIRED BY RESPONDANT FOR PERIOD APRIL 1, 1997 TO AUGUST 31, 1991.

5. THERE WERE NO BLACKS FEMALE HIRED FROM APRIL 1, 1997 TO AUGUST 31, 1997

6. VICKIE SMITH HAS NOT BEEN FOUND. PLEASE SEND ME THE ADDRESS AND I WILL SEND IT TO HER.

WHEREfore, Plainiff is emtited and letief and pray for Defendant to pay.

Respectfully Submitted,
Shirley A. Banks-Bennett
Shirley A. Banks-Bennett
2649 Waldo St
Hbg., Pa. 17110
717 232-1989

_Shirley A. Banks-Bennett_

Certified of Services

I, Shirley A. Banks-Bennett swear and Here Cerltified that I Served a copy of the apposing Motion on the 25 day of March, 2002, by first class mail, postataage prepaid as follow:

Paul J. Dellasega Esquire
# 23146
305 North Floor
P.O. Box 999
Hbg., Pa. 17108
717 255 7621