IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

ORIGINAL

SHIRLEY A. BANKS-BENNETT          FILED    CIVIL ACTION NO.
        (PLAINTIFF)        HARRISBURG, PA    CV-01-1241

INGRAM-MICRO  U.S. ETAL       MAR 2 5 2002 (JUDGE KANE)
        (DEFENDANTS) MARY E. D'ANDREA, CLERK
                        Per _____
                              Deputy Clerk

PLAINTIFFS BRIEF IN SUPPORT OF MOTION TO OPPOSING


DEFENDANT IS THE ACTION ARISING UNDER TITLE
VII OF CIVIL RIGHT ACT AND ADEA FOR
RETALIATION FOR HAVING PREVIOUSLY FILED A
COMPLAINT FOR DISCRIMINATION.


EXHIBIT #1    JOB FAIR
EXHIBIT #2    ANSWER
EXHIBIT #3    MICHAEL M. SMITH ASST. CHIEF COUNSEL
EXHIBIT #4    EMPLOYMENT APPLICATION, SHIRLEY A. BANKS-BENNET
EXHIBIT #5    FACT FINDING CONFERENCE
EXHIBIT #6    DAVID KOZEMCHAK; HUMAN RELATIONS REPRESENTATIVE
EXHIBIT #7    A. B.
EXHIBIT #8    SHIRLEY BENNETT EMPLOYEE HISTORY REPORT
EXHIBIT #9    MANAGER P. HOFFMAN SPV/SENIOR

WHEREFORE, PLAINTIFF IS ENTITLED TO RELIEF AND PRAYS FOR THE DEFENDANT TO PAY.

RESPECTFULLY SUBMITTED,
SHIRLEY A. BANKS-BENNETT

*Shirley A. Banks-Bennett*

2649 WALDO ST.
HBG, PA  17110
717  232-1989

CERTIFIED OF SERVICES

I, SHIRLEY A. BANKS-BENNETT SWEAR AND HERE CERTIFIED THAT I SERVED A COPY OF THE OPPOSING MOTION ON THE __25__ DAY OF __March__ 2002, BY FIRST CLASS MAIL, POSTAGE PRE-PAID AS FOLLOW

PAUL J. DELLASEGA ESQ.
#23146
305 N. FRONT ST.
P.O. BOX 999
HBG, PA  17108
717  255-7621

On 5/7/97 there was a job fair at the Dauphin County Welfare office.  Defendant Vickie Smith represented employer Ingram Micro (See Exhibit #1).  Plaintiff approached Defendant Smith and asked if Plaintiff "should put another application in."  Defendant Smith's reply was, "I already have your application on file so the answer is no."

On 7/1/97 Plaintiff filed a complaint (Docket #3928AO) of discrimination with the Pennsylvania Human Relation Commission.  This was served on the Defendants on 8/8/97.

On or about 7/31/97, the Defendants put out in front of their building a sign advertising employment opportunities.

On 8/13/97 Plaintiff met with Defendant Vickie Smith at her request.  Plaintiff asked, "if any more temporaries were going to be hired."  Defendant Vickie Smith stated, "No."  Also at that meeting of 8/13/97 Defendant Vickie Smith said she, "had the right to hire anyone she wants," and why would you (Plaintiff) want to work for us.  Plaintiff stated to Defendant Vickie Smith, "You don't have the right to discriminate against me."

On or about 8/18/97 Defendants hired (3) race Hispanic females from Drexel Temporary Agency; and refused Plaintiff employment as a picker/shipping clerk in retaliation for Plaintiff's filing a complaint for discrimination alleging Race/Black, and/or Sex/Female, or Age.

On or about 9/29/97 Defendants discharged Plaintiff in retaliation for filing a complaint of discrimination alleging Race/Black and/or Sex/Female, or Age.

Facts

Vickie Smith, Ken Goodwin and Bill Munley subjected Plaintiff to hostile work environment based on the fact that Plaintiff filed a complaint with Pa. Human Relation

-2-

Commission (Docket #3928AO).

Argument

Hudson v. Reno, 130 F.3d 1193 (1997).  Plaintiff will argue that Hudson is wrong for this case.  Front pay is not an element of compensatory damages, but rather a replacement for the remedy reinstatement in this situation in which reinstatement would be inappropriate.

Bill Munley, Vickie Smith and Ken Goodwin are still employed at Ingram Micro.

Plaintiff was well trained as a picker for the Shipping Department and a Hot Replenishment Clerk.  Better trained than someone off the street.  Bill Munley once said to Plaintiff, "Temps are losers and I will work you 'till tomorrow morning," which he did work me to 2:00AM, way past my shift.  Vickie Smith refused to hire me and so did Ken Goodwin.  In the 3-30-98 Answer from Defendants it states Defendants are in possession of employment application from Plaintiff and Defendant admits that it has advertised employment opportunities.  At a meeting held at Pa. Human Relation Commission on or about the early part of 1998, Ms. Smith was present with her attorney.  Ms. Smith said, "Peter Hoffman, Manager of Hot Replenishment, refused me employment.  Peter Hoffman, on numerous occasions said, "If it was up to me (Peter Hoffman) you would be hired today."

David Kozemchak, Human Relations Representative, made an inquiry concerning Peter Hoffman to find that Peter Hoffman was no longer with Ingram Micro.  David Kozemchak asked Vickie Smith for Peter Hoffman's Social Security Number to try to locate Peter Hoffman.  Vickie Smith said she did not have that information available.

The Court must accept as true all factual allegations in the complaint. Further, the court must give the pleader the benefit of all reasonable inferences that can fairly be drawn from the factual allegations and view them in the light most favorable to the Plaintiff. Morse v. Lower Merion School District, 132 F.3d 902, 906 (3d Cir 1997).

Plaintiff put application in on 3/24/97 (good for six months).

Plaintiff worked for Defendants for nine months. Plaintiff might have been off sick two days in nine-month period. There were times when Plaintiff did not work 40 hours, because there was not enough work, so all temps were sent home early. Other times Plaintiff worked over 40 hours per week because of so much work.

Plaintiff suggests that by my complaining Plaintiff was refused employment. Thus, Defendants retaliated against Plaintiff and that is against the laws of the United States of America, 42 U.S.C. §2000 e-3 (a) (b) Title VII Act of 1964, 42 U.S.C. §2000 e-5 (g) (1).

Because of Defendants, Plaintiff lost that income. Life became very stressful and emotionally painful at times.

Plaintiff seeks lost wages and all benefits (taxable) given to a full-time 3:00PM to 11:00PM employee, pay raises, personnel holiday, vacation, and bonuses (starting 4/1/97)

Plaintiff seeks punitive and compensatory damages (tax-free) for past and future pecuniary losses, emotional pain and suffering, inconvenience, mental anguish, loss of enjoyment of life and other non pecuniary losses. Justice Thomas delivered the opinion of the Supreme Court in Pollard v. Dupont, 69 U.S.L.W. 4419.

Plaintiff worked for the Defendants in good faith.

-4-

Exhibit #1

**EMPLOYERS ATTENDING 5/7 JOB FAIR**

*KELLY SERVICES*

*RADISSON PENN HARRIS*

*INGRAM MICRO*

*KEYSTONE HEALTH* PLAN *CENTRAL*

*ATLANTIC SECURITY*

Exhibit 2

**COMMONWEALTH OF PENNSYLVANIA**
**PENNSYLVANIA HUMAN RELATIONS COMMISSION**

SHIRLEY BANKS-BENNETT,                    :
      Claimant                            :     DOCKET NO.: E85223 A.D.
      v.                                  :     EEOC CHARGE No. 17F980434
                                          :
INGRAM MICRO, INC.,                        :
      Respondent                          :

<u>ANSWER</u>

1.     Admitted.

2.     Admitted.

3.     Denied.

3(a)(1). Denied as stated.  Admitted that within the last several months Respondent has hired employees.

3(a)(2). Respondent is unaware of the date of Complainant's birth other than the Complainant's representations and the allegation is therefore denied.

3(a)(3). Denied as stated.  Complainant's primary duties were as a box maker.

3(a)(4). Denied as stated.  Respondent is in possession of an Employment Application from Complainant dated 3/24/97, the terms of which speak for itself.

3(a)(5). Admitted.

3(a)(6). Denied as stated.  Respondent has within the last several months hired employees.

3(a)(7). Admitted.

3(a)(8). Denied as stated.  Respondent admits that it has advertised employment opportunities, but it is uncertain as to the exact date of such advertisements.

3(a)(9). Denied.

3(a)(10) Respondent admits that three Hispanic employees were hired but denies that they were female.  Respondent specifically denies that Vicki Smith told the Complainant that "Respondent has the right to hire anyone it wants."

Exhibit 3

**Chairperson**
CARL E. DENSON
**Vice-Chairperson**
RAQUEL OTERO de YIENGST
**Secretary**
GREGORY J. CELIA, JR.
**Executive Director**
HOMER C. FLOYD



**COMMISSIONERS**
M. JOEL BOLSTEIN
JOSEPH J. BORGIA
THEOTIS W. BRADDY
RUSSELL S. HOWELL
ELIZABETH C. UMSTATTD
SYLVIA A. WATERS
DANIEL D. YUN

COMMONWEALTH OF PENNSYLVANIA
**HUMAN RELATIONS COMMISSION**
301 Chestnut Street, Suite 300
P.O. Box 3145
Harrisburg, PA  17105-3145
(717) 787-4410 (Voice)
(717) 787-4087 (TT)

**www.phrc.state.pa.us**

December 7, 2001

Shirley A Banks-Bennett
2649 Waldo Street
Harrisburg, PA  17110

      Re:  <u>Banks-Bennett v. Ingram Micro U.S., et al.,</u>
           C.A. No. 1:CV-01-1241 (M.D. Pa.)

Dear Mr. Banks-Bennett:

    Enclosed please find true and correct copies of documents in the Pennsylvania Human Relations Commission's file, Docket No. E-85223AD, to which you are entitled under your subpoena in the above-referenced action.

    The cost for providing these documents is fifteen cents per page released.  Please remit $33.15, which represents the cost for the 221 pages released.  Your check should be made payable to "Commonwealth of Pennsylvania" and sent to me at the above address.

                    Sincerely,

                    Michael M. Smith
                    Assistant Chief Counsel

Encl.

cc:  Thomas Myers, Director of Compliance

AUG-20-97 WED  9:41 AM  INGRAM MICRO          FAX NO.  717 541 5105          P. 3

Exhibit # 4

**INGRAM MICRO.**

# Employment Application

**NOTICE: COMPLETE ALL LINES ENTIRELY IN INK. INFORMATION WILL BE VERIFIED.**

Name  Bennett          Shirley          A.
        (Last)            (First)          (Middle)
      Banks            Shirley          A

For checking prior records, provide other names under which you have worked

Address  2649  Waldo  Street
                              (No. & Street)
      Harrisburg        Penna.        17110-2630
        (City)            (State)          (Zip)

Telephone ( 717 )  232-1989    Business or Message Phone ( _____ ) _____

Date  3-24-97

Social Security No.  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

How were you referred to us? (Check one)
☐ Advertisement (where)? _____
☑ Agency  Drexel
☐ Employee (Name) _____
☐ Other _____

I am available for employment on a ☑ Full Time Basis ☐ Part Time Basis    Date Available  ASAP

Starting salary desired  8⁰⁰/hr    Type of position desired  Shipping clerk / Bow maker / to pick & zone

If hired can you present evidence of your legal right to work in the United States?    No    ☑Yes

Do you have any relative currently employed by Ingram Micro?
☑No  ☐Yes    If yes, state name and department or title

Were you ever employed by Ingram Micro or any other Ingram Industries company before?
☑No  ☐Yes    If yes, when and which company?

## EMPLOYMENT HISTORY              DO NOT PUT "SEE RESUME"

Beginning with your present or last position, list all jobs you have held to cover a five-year period of time (include military experience if job-related). If the four spaces below do not cover five years of time, attach a separate piece of paper to list all jobs for five years. If you have a resume, please attach to application; however, you MUST complete and sign this application. FILL IN ALL SPACES. LEAVE NO SPACES UNFILLED.

Name of Employer  Giant Foods Inc        Type of Business  Grocery

Address  Linglestown Rd.    Harrisburg    Pa        Phone ( 717 )  652-7795

Dates Employed  FROM Mo. 9 Yr. 95 TO Mo. present Yr. _____   Starting Title  Deli clerk   Last Title  Same   Starting Salary 5⁸⁵/hr   Final Salary 6⁴⁰/hr.

Name of Supervisor  Joe Kissinger    May we contact now? ☐No ☑Yes    Reason for leaving  still there

Brief description of Duties  Greet Customers    slice meat and cheese    make subs and pizza and party trays

Name of Employer  The Drexel Group, Inc        Type of Business  Personnel Service

Address  4815  Jonestown Rd    Suite 201    Harrisburg  Pa.        Phone ( 717 )  652-3133

Dates Employed  FROM Mo. 1 Yr. 97 TO Mo. present Yr. _____   Starting Title _____   Last Title _____   Starting Salary 6⁴⁰/hr   Final Salary _____

Name of Supervisor  Peggy  Johnson    May we contact now? ☐No ☑Yes    Reason for leaving  still there

Brief description of Duties  Pick products    make boxes

Name of Employer  Comm. of Penna.  Bureau of Revenue & Admin Services        Type of Business  Revenue

Address  2850  Turnpike Ind Drive  Middletown, Pa  17057        Phone ( 717 )  986-4600

Dates Employed  FROM Mo. 11 Yr. 95 TO Mo. 6 Yr. 96   Starting Title  Tax Season clerk   Last Title  same   Starting Salary 6⁰⁰/hr   Final Salary 6⁸⁵/hr.

Name of Supervisor  Jyotsha  Shah    May we contact now? ☐No ☑Yes    Reason for leaving  Tax Season over Lay off

Brief description of Duties  fill orders for LGar Tax. telephone orders for tax papers. open review and
distribute mail received. Relieve the receptionist for breaks and lunch. Work on big mailings.

AUG-20-97 WED 9:42 AM INGRAM MICRO      FAX NO. 717 541 5105      P. 4

Name of Employer _Polyclinic h  pitol_    Type of Business ___ pitol_

Address _2601 N. 3rd Street Harrisburg, Penna_     Phone ( 717 ) 782-4315

Dates Employed
FROM Mo. _1_ Yr. _74_ TO Mo. _3_ Yr. _94_ Starting Title _Nursing Asst_ Last Title _Scrty to the Unit_ Starting Salary _Unknow_ Final Salary _9⁰¹/hr_

Name of Supervisor _____    May we contact now? ☐ No ☒ Yes    Reason for leaving _retired_

Brief description of Duties _answer phones  send faxes  take Doctors orders off patient's chart._
_Schedule test for patient  admit patient  order medicin  distrib mail  greet and direct_
_visitors to patient._

Summarize prior relevant experience and explain periods of unemployment or periods not accounted for above. Use a separate sheet of paper if you need more space.

List names and locations of educational institutions you attended. For purposes of checking your educational background, state year degree or credentials received.

| Location | Major Subjects | Highest Year Attended (ie 12th) | Diploma or Degree | Year Degree Received |
|---|---|---|---|---|
| High School _Bishop Mc Devitt H.S. Market street Harrisburg, Pa._ | _clerical_ | _12_ | _Diploma_ | |
| College or Technical _N/A_ | | | | |
| | | | | |
| | | | | |

List other skills, computer knowledge, or special training related to the position you are seeking (include keyboard speed and word processing skills).

**IMPORTANT**   Have you ever been convicted of a felony? ☐ No ☒ Yes
If yes, give dates and explanation. (Conviction does not automatically exclude you from consideration for employment and you will be given the opportunity to explain any convictions.) _Pleae see attached paper_   _Poss. with intent to deliver_

Please list the name and telephone number of two business (not personal) references.

Name _Bob Johnson - ABF_    Phone ( 717 ) 238-2042    Relationship to you _Friend_

Name _Tim Dinsmore - Giant_    Phone ( 717 ) 652-7795    Relationship to you _Friend_

I authorize investigation of all statements contained in this application for employment. I understand that falsification, omission or misstatement of information may result in refusal to hire, or if hired, dismissal from employment.

I agree that Ingram Micro Inc. and my previous employers shall not be held liable in any respect if any employment offer is not tendered, is withdrawn or my employment is terminated due to falsity of the statements and answers in this application form. I understand that as a condition of employment, I may be required prior to and during employment to take and pass drug and alcohol tests. I understand the company has the right to search anything brought onto company premises or vehicles including desks, lockers, handbags, briefcases and automobiles. I understand the company benefits and rules and regulations may be changed, modified, deleted or added to by the company at any time at the company's sole option and without any prior notice. I understand that my employment may be terminated at any time with or without cause and with or without notice at the option of the company. I understand that no representative of the company has any authority to enter into any agreement for employment for any specified period of time or to make commitments or promises or assure any benefit terms and conditions of employment unless such are made in writing and signed by the Chairman of the company.

If I am hired, I understand that additional personal data will be required for determination of benefit eligibility and for statistical purposes.

I understand this application will remain active for no more than 90 days.

I HEREBY ACKNOWLEDGE THAT I HAVE READ THE ABOVE STATEMENT, UNDERSTAND IT, AND THAT ALL INFORMATION I HAVE SUBMITTED IS FACTUAL, CORRECT AND SUBJECT TO COMPLETE VERIFICATION.

Signature (Acknowledgement) _____    Date _4-1-97_

INGRAM MICRO INC. IS AN EQUAL OPPORTUNITY EMPLOYER. WE DO NOT DISCRIMINATE BECAUSE OF AGE, RACE, RELIGION, CREED, MARITAL STATUS, VETERAN STATUS, COLOR, NATIONAL ORIGIN, SEX OR DISABILITIES.

Ingram Micro Inc., 1600 E. St. Andrew Place, P.O. Box 25125, Santa Ana, CA 92799-5125 (714) 566-1000

IM F-01

**Shirley A. Banks-Bennett**
**SS #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**
**2649 Waldo Street**
**Harrisburg, PA 17110**
**(717) 232-1989**

To whom it may concern:

10-92 arrested for possession of controlled substance, Conspiracy.

2-10-94 D.A. office of Dauphin County offered me a bargain for guilty plea.  90 days

in-house arrest, 9 months probation, $200 fine.  I accepted it.

Judge Jeannie Turgeon accepted it, too (Docket # 38 CO 93)

I have had no further dealings with the law.

Previous employers stated on this application are aware of my criminal record.

Sincerely,

*Shirley A. Banks Bennett*

Shirley A. Banks-Bennett

# PENNSYLVANIA HUMAN RELATIONS COMMISSION
## NOTICE OF FACT FINDING CONFERENCE
### TO THE RESPONDENT

Exhibit #5

**DOCKET NO. E-85223-AD**

**CASE NAME: Shirley A. Banks-Bennett v. Ingram Micro**

In accordance with the statutory mandate (PHRAct, Section 9) for a prompt investig
complaints of discrimination, the Commission has scheduled a FACT FINDING CONFE
THIS COMPLAINT. The conference will be held:

**PLACE:** PHRC REGIONAL OFFICE   **2971-E N. Seventh St., Harrisburg, PA**

**DATE:** **March 30, 1998**

**TIME:** **1:00 p.m.** CONFERENCE ROOM: 5

A Fact Finding Conference is a meeting at which the two parties of the complaint (face to fa
evidence and documents about the issues raised in the charge. A Commission Representa
a Fact Finder, will preside over and conduct the meeting. The purpose and goal of the co
to achieve either an early settlement or a prompt investigation of the complaint.

The Fact Finding Conference is to the advantage of both the complainant and the respond
party is given the opportunity to present its version on the charge and to rebut the position of
The conference is not a quasi trial nor a hearing, but rather it is an investigatory procedu
direct and immediate way for the Commission - with the concerned parties present - to
investigate the facts and the circumstances surrounding the issues raised in the charge of discr

Although neither party is required to employ an attorney for the Fact Finding Confer
complainant and/or the respondent, if they so choose, may be represented by legal counsel.
any attorney present plays a strictly advisory role, and may testify only to matters of which
has first-hand knowledge.

The Commission encourages both parties to consider settlement of this complaint through a
settlement prior to a determination on the merits of the complaint. If a settlement is reached
the complainant accepts a satisfactory adjustment and agrees to withdraw his/her comp
Commission will cease its investigation and dismiss the complaint without a determination on i

Enclosed is a packet of material that will acquaint you with the state's anti-discrimination la
the Commission administers, and outline the procedures in the investigation of a complaint, a
those investigative procedures. Each enclosed item is self-explanatory.

1) The complaint form.

3)  A detailed list of Documents and Data required for the investigation of th

4)  An Invitation to a No Fault Pre-Determination Settlement.

5)  A Notice of Appearance (for your use if you choose to be represented by le

6)  PHRC Guide for Respondents.

7)  Questionnaire on Pennsylvania State Contracts.

**Within 30 days of the receipt of the service of this complaint, the Law requires that y
to the allegations as they are stated in the complaint.**

The Pennsylvania Human Relations Act and its Rules and Regulations provide:

A respondent shall file with the Commission, and serve on each named complainant
verified answer within 30 days of service of the complaint.  Upon written req
respondent, and for good cause shown, the Commission may grant an extension of no
thirty days in which to file the answer.  The respondent shall serve a copy of the answ
named complainant, and where an attorney has entered an appearance on behalf o
complainant, shall also serve a copy on the attorney.

(The specificity entailed in your answer is addressed in the previously cited enclosu
to Defend".)

If there are any questions that you wish to ask about the complaint, the Fact Finding C
investigative procedures of the Commission, or the documentation you should provide, plea
me.  I am the Human Relations Representative assigned to investigate this complaint.  I will
you and with the Complainant to find promptly the facts of the complaint or to bring abou
settlement of the charge.

You are reminded of the PHRC regulations 41.82(1) and (2) which require the respondent to r
the final disposition of the complaint all records relating to the complainant, and all records
similarly situated employees or similarly situated applicants for the same position.

Thank you for your cooperation.

Sincerely,


David F. Kozemchak
Fact Finder
(717) 787-9026

PENNSYLVANIA HUMAN RELATIONS COMMISSION

*Exhibit # 6*

Docket Nos. E-83928-AD & E-85

COMMONWEALTH OF PENNSYLV
PENNSYLVANIA HUMAN RELATIONS COMMI
UPTOWN SHOPPING PLAZA
2971-E NORTH SEVENTH STR
HARRISBURG, PA  17110-2

**DAVID KOZEMCHAK**
Human Relations Representative
(Fact Finder)

Information requested from Respondent at Fact Finding Confe
held (date): March 30, 1998

1.  Please provide copies of the following records on the
    Complainant:

    a.  Job Title(s) and Job Description(s)

    b.  Job Application dated March 24, 1997

    c.  Attendance records

2.  Please provide copies of the following records on emplo
    hired by the Respondent for the period April 1, 1997 to
    August 1997:

    a.  Hire date and job title

    b.  Job application, race, date of birth, gender, and
        whether or not they have opposed any discriminator
        practice forbidden by the Pennsylvania Human Relat
        Act.

    c.  Please also indicate and/or provide copies of reco
        to indicate as to whether or not these employees we
        working at Respondent's facility as Temporary emplo
        when they were hired by the Respondent.

3.  Please provide a copy of the notices placed by the
    Respondent as regards to employment opportunities on or
    about April 1997 and July of 1997.

4.  On or about September 29, 1997, please provide copies of
    following discharge records on the Complainant and any o
    similiarly situated employees who were discharged for th
    same and/or similar reasons as the Complainant:

    a.  Name, date of discharge and reasons for discharge.

Exhibit 7

| FIRST | LAST | TITLE | DOH | HIRE SOURCE | RACE | DOB | GENDER |
|---|---|---|---|---|---|---|---|
| HOMER | ANDERSON | RECEIVING | 8/25/97 | | WHITE | 7/23/40 | MALE |
| ERIC | AUBEL | REPACK | 8/18/97 | | WHITE | 9/28/77 | MALE |
| ARON | BOBB | REPACK | 5/19/97 | | WHITE | 11/28/74 | MALE |
| ALEXIS | BRAVO | REPACK | 8/18/97 | | HISPANIC | 8/3/71 | MALE |
| HECTOR | BURBON | RECEIVING | 5/5/97 | | HISPANIC | 1/23/65 | MALE |
| GARY | CANFIELD | LABEL PICKS | 8/25/97 | | WHITE | 12/28/74 | MALE |
| MATTHEW | CHAMBERS | LABEL PICKS | 8/25/97 | | WHITE | 4/10/71 | MALE |
| GLORIA | CHAVEZ | REPACK | 8/18/97 | | HISPANIC | 9/22/58 | FEMALE |
| TERESA | CHAVEZ | REPACK | 8/18/97 | TEMP-TO-PERM | HISPANIC | 1/2/77 | FEMALE |
| JENNIFER | COLE | MANIFESTOR | 8/18/97 | TEMP-TO-PERM | HISPANIC | 2/2/71 | FEMALE |
| CURTIS | CONAWAY | SUPV. - HOUSEKEEPING | 4/7/97 | | WHITE | 1/26/64 | MALE |
| SCOTT | COY | LTL | 5/27/97 | | WHITE | 11/15/71 | MALE |
| EDMUND | DAVIS | RECEIVING | 8/18/97 | | WHITE | 12/5/58 | MALE |
| JOSEPH | FAIOLA | RECEIVING | 5/27/97 | | BLACK | 6/3/62 | MALE |
| ANTHONY | GALARDI | LABEL PICKS | 6/16/97 | | WHITE | 9/7/39 | MALE |
| JULIA | GARCZYNSKI | LTL | 7/7/97 | | WHITE | 7/3/59 | FEMALE |
| WILLIE | GOLDEN, III | MANIFESTOR | 4/28/97 | | BLACK | 12/25/78 | MALE |
| JOSEPH | GROB | RECEIVING | 4/14/97 | | WHITE | 3/1/77 | MALE |
| DAVID | HARRIS | RECEIVING | 8/25/97 | | WHITE | 10/28/68 | MALE |
| MATTHEW | HAWLEY | RECEIVING | 7/7/97 | | WHITE | 8/14/77 | MALE |
| CYNTHIA | HORNING | REPACK | 8/18/97 | | WHITE | 7/2/55 | FEMALE |
| DEBRA | HUBER | MANIFESTOR | 8/18/97 | | WHITE | 12/5/61 | FEMALE |
| JAMES | JACKSON | CONVEYOR TECH I | 6/2/97 | | WHITE | 11/21/52 | MALE |
| SOVANNARITH | KEO | RECEIVING | 8/11/97 | | | 6/10/66 | MALE |
| KATHY | KOHARSKI | REPACK | 8/18/97 | AVA | WHITE | 10/2/53 | FEMALE |
| PIEDAD | LARA | REPACK | 8/18/97 | | HISPANIC | 10/9/42 | FEMALE |
| RICHARD | LEPLEY | MANIFESTOR | 8/18/97 | TEMP-TO-PERM | WHITE | 8/10/71 | MALE |
| BENJAMIN | MADER | MANIFESTOR | 4/14/97 | | WHITE | 6/19/77 | MALE |
| PAUL | MALETTA | MANIFESTOR | 4/14/97 | | WHITE | 10/2/53 | MALE |
| KEITH | MARSHALL | LABEL PICKS | 5/27/97 | | WHITE | 1/13/77 | MALE |
| CASSANDRA | MARTINEZ | MANIFESTOR | 4/14/97 | | HISPANIC | 9/12/65 | FEMALE |
| ALLAN | MATHIS | RECEIVING | 6/2/97 | | BLACK | 2/22/72 | MALE |
| MATTHEW | METALLO | RECEIVING | 8/18/97 | | WHITE | 9/19/75 | MALE |
| MARK | MILLER | IND. ENGINEER | 5/5/97 | | WHITE | 2/23/75 | MALE |
| SUSAN | MITCHELL | REPACK | 8/18/97 | | WHITE | 1/23/47 | FEMALE |
| MILTON | MORALES | REPACK | 8/18/97 | | HISPANIC | 8/9/72 | MALE |

Exhibit #7

| First Name | Last Name | Job Title | Date | Temp | Race | Birth Date | Gender |
|---|---|---|---|---|---|---|---|
| ALEXANDER | OWTSCHARUK | CONVEYOR TECH I | 5/27/97 | | WHITE | 7/22/51 | MALE |
| PATRICIA | PANISCWICZ | MANIFESTOR | 5/5/97 | | WHITE | 7/9/61 | FEMALE |
| GUILLERMO | PAULINO | MANIFESTOR | 8/4/97 | TEMP-TO-PERM | HISPANIC | 2/21/53 | MALE |
| JODI | PECK | RECEIVING | 5/27/97 | | WHITE | 8/16/66 | FEMALE |
| JUAN | PEREZ | MANIFESTOR | 4/7/97 | TEMP-TO-PERM | HISPANIC | 7/11/61 | MALE |
| CHRISTINE | ROE | REPACK | 6/2/97 | | WHITE | 8/9/64 | FEMALE |
| THOMAS | ROSS | RECEIVING | 5/5/97 | | WHITE | 11/12/61 | MALE |
| BRIAN | ROWE | MANIFESTOR | 4/7/97 | | WHITE | 10/31/64 | MALE |
| JUAN | SANTIANGO | MANIFESTOR | 4/7/97 | TEMP-TO-PERM | HISPANIC | 7/15/66 | MALE |
| ANN | SCHIAVONI | REPACK | 4/7/97 | | A. INDIAN | 8/28/50 | FEMALE |
| LORI | SCHNECK | REPACK | 5/19/97 | | WHITE | 9/6/61 | FEMALE |
| CHAD | SCHWALM | RECEIVING | 8/18/97 | | WHITE | 6/5/77 | MALE |
| KAREN | SHEPPARD | LTL | 8/11/97 | | WHITE | 5/23/69 | FEMALE |
| DEREK | SMITH | MANIFESTOR | 4/7/97 | TEMP-TO-PERM | BLACK | 3/11/63 | MALE |
| DEANNA | SNYDER | REPACK | 5/19/97 | | WHITE | 10/24/78 | FEMALE |
| MARK | SPOONHOUR | RECEIVING | 8/18/97 | | WHITE | 6/22/71 | MALE |
| MARK | SPROAT | MANIFESTOR | 7/7/97 | TEMP-TO-PERM | WHITE | 10/30/75 | MALE |
| JODY | STEWART | HOT REPLENISHMENT | 8/25/97 | | WHITE | 1/31/62 | FEMALE |
| TERESA | TALON | REPACK | 8/25/97 | | WHITE | 3/28/73 | FEMALE |
| DENYS | TOLEDO | MANIFESTOR | 4/7/97 | TEMP-TO-PERM | HISPANIC | 4/18/71 | MALE |
| ANGEL | TOLEDO | MANIFESTOR | 8/4/97 | TEMP-TO-PERM | HISPANIC | 4/6/46 | MALE |
| JENNIFER | ULISHNEY | MANIFESTOR | 4/28/97 | | WHITE | 6/13/71 | FEMALE |
| JACK | UPDEGRAFF | LABEL PICKS | 8/11/97 | | WHITE | 2/5/55 | MALE |
| SCOTT | VALLIER | REPACK | 5/12/97 | | WHITE | 1/7/76 | MALE |
| HARRY | WESTHAFER | MANIFESTOR | 4/7/97 | | WHITE | 8/29/71 | MALE |
| ELI | WILLIAMS | LABEL PICKS | 8/11/97 | | WHITE | 12/30/78 | MALE |
| NORMAN | WINFINDALE | REPACK | 5/19/97 | | WHITE | 4/24/78 | MALE |
| WILLIAM | ZERBE | RECEIVING | 8/25/97 | | WHITE | 11/7/54 | MALE |

# Employee History Report

05-Feb-99

| Shirley Bennett |

**Employee Number: 4678**

| Pay Date | Pay Type | Dept | Hours | Rate | Gross | Fed. W/H | FICA W/H | State W/H | Local W/H | Unem W/H | Equip | Adv. | Man. Chk. | Wage Attch | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/24/97 | R | 1 | 40.00 | 6.50 | 260.00 | | | | | | | | | | |
| | O | 1 | 3.50 | 9.75 | 34.12 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| Total Weekly: | | | 43.50 | | 294.12 | 2.58 | 22.51 | 8.24 | 2.94 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 257.76 |
| 1/31/97 | R | 1 | 40.00 | 6.50 | 260.00 | | | | | | | | | | |
| | O | 1 | 2.50 | 9.75 | 24.37 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| Total Weekly: | | | 42.50 | | 284.37 | 1.12 | 21.75 | 7.96 | 2.84 | 0.09 | 0.00 | 0.00 | 0.00 | 0.00 | 250.61 |
| 2/14/97 | R | 1 | 40.00 | 6.50 | 260.00 | | | | | | | | | | |
| | O | 1 | 5.25 | 9.75 | 51.18 | | | | | | | | | | |
| | R | 1 | 40.00 | 6.50 | 260.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| Total Weekly: | | | 85.25 | | 571.18 | 5.14 | 43.69 | 15.99 | 5.71 | 0.00 | 0.00 | 230.23 | 0.00 | 0.00 | 270.42 |
| 2/21/97 | R | 1 | 40.00 | 6.50 | 260.00 | | | | | | | | | | |
| | O | 1 | 3.50 | 9.75 | 34.12 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| Total Weekly: | | | 43.50 | | 294.12 | 2.58 | 22.51 | 8.24 | 2.94 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 257.85 |

| Pay Date | Pay Type | Dept | Hours | Rate | Gross | Fed. W/H | FICA W/H | State W/H | Local W/H | Unem W/H | Equip | Adv. | Man. Chk. | Wage Attch | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/28/97 | R | 1 | 40.00 | 6.50 | 260.00 | | | | | | | | | | |
| | O | 1 | 0.50 | 9.75 | 4.87 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| Total Weekly: | | | 40.50 | | 264.87 | 0.00 | 20.26 | 7.42 | 2.65 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 234.54 |
| 3/7/97 | R | 1 | 40.00 | 6.50 | 260.00 | | | | | | | | | | |
| | O | 1 | 0.25 | 9.75 | 2.43 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| Total Weekly: | | | 40.25 | | 262.43 | 0.00 | 20.08 | 7.35 | 2.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 232.38 |
| 3/14/97 | R | 1 | 40.00 | 6.50 | 260.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| Total Weekly: | | | 40.00 | | 260.00 | 0.00 | 19.89 | 7.28 | 2.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 230.23 |
| 3/21/97 | R | 1 | 39.50 | 6.50 | 256.75 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| Total Weekly: | | | 39.50 | | 256.75 | 0.00 | 19.64 | 7.19 | 2.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 227.35 |
| 3/28/97 | R | 1 | 38.50 | 6.50 | 250.25 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| Total Weekly: | | | 38.50 | | 250.25 | 0.00 | 19.15 | 7.01 | 2.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 221.59 |

| Pay Date | Pay Type | Dept | Hours | Rate | Gross | Fed. W/H | FICA W/H | State W/H | Local W/H | Unem W/H | Equip | Adv. | Man. Chk. | Wage Attch | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/4/97 | R | 1 | 38.25 | 6.50 | 248.62 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| Total Weekly: | | | 38.25 | | 248.62 | 0.00 | 19.02 | 6.96 | 2.49 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 220.15 |
| 4/11/97 | R | 1 | 38.00 | 6.50 | 247.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| Total Weekly: | | | 38.00 | | 247.00 | 0.00 | 18.89 | 6.92 | 2.47 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 218.72 |
| 4/18/97 | R | 1 | 40.00 | 6.50 | 260.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| Total Weekly: | | | 40.00 | | 260.00 | 0.00 | 19.89 | 7.28 | 2.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 230.23 |
| 4/25/97 | R | 1 | 38.50 | 6.50 | 250.25 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| Total Weekly: | | | 38.50 | | 250.25 | 0.00 | 19.15 | 7.01 | 2.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 221.59 |
| 5/2/97 | R | 1 | 40.00 | 6.50 | 260.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| Total Weekly: | | | 40.00 | | 260.00 | 0.00 | 19.89 | 7.28 | 2.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 230.23 |

| Pay Date | Pay Type | Dept | Hours | Rate | Gross | Fed. W/H | FICA W/H | State W/H | Local W/H | Unem W/H | Equip Adv. | Man. Chk. | Wage Attch | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/9/97 | R | 1 | 39.00 | 6.50 | 253.50 | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| Total Weekly: | | | 39.00 | | 253.50 | 0.00 | 19.40 | 7.10 | 2.54 | 0.00 | 0.00 | 0.00 | 0.00 | 224.46 |
| 5/16/97 | R | 1 | 40.00 | 6.50 | 260.00 | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| Total Weekly: | | | 40.00 | | 260.00 | 0.00 | 19.89 | 7.28 | 2.60 | 0.00 | 0.00 | 0.00 | 0.00 | 230.23 |
| 5/23/97 | R | 1 | 40.00 | 6.50 | 260.00 | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| Total Weekly: | | | 40.00 | | 260.00 | 0.00 | 19.89 | 7.28 | 2.60 | 0.00 | 0.00 | 0.00 | 0.00 | 230.23 |
| 5/30/97 | R | 1 | 40.00 | 6.50 | 260.00 | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| Total Weekly: | | | 40.00 | | 260.00 | 0.00 | 19.89 | 7.28 | 2.60 | 0.00 | 0.00 | 0.00 | 0.00 | 230.23 |
| 6/6/97 | R | 1 | 32.00 | 6.50 | 208.00 | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| Total Weekly: | | | 32.00 | | 208.00 | 0.00 | 15.92 | 5.82 | 2.08 | 0.00 | 0.00 | 0.00 | 0.00 | 184.18 |

| Pay Date | Pay Type | Dept | Hours | Rate | Gross | Fed. W/H | FICA W/H | State W/H | Local W/H | Unem W/H | Equip | Adv. | Man. Chk. | Wage Attch | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/13/97 | R | 1 | 33.00 | 6.50 | 214.50 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| Total Weekly: | | | 33.00 | | 214.50 | 0.00 | 16.41 | 6.01 | 2.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 189.93 |
| 6/20/97 | R | 1 | 32.00 | 6.50 | 208.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| Total Weekly: | | | 32.00 | | 208.00 | 0.00 | 15.92 | 5.82 | 2.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 184.18 |
| 6/27/97 | R | 1 | 40.00 | 6.50 | 260.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| Total Weekly: | | | 40.00 | | 260.00 | 0.00 | 19.89 | 7.28 | 2.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 230.23 |
| 7/3/97 | R | 1 | 40.00 | 6.50 | 260.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| | R | 1 | 40.00 | 6.50 | 260.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| Total Weekly: | | | 80.00 | | 520.00 | 0.00 | 39.78 | 14.56 | 5.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 460.46 |

| Pay Date | Pay Type | Dept | Hours | Rate | Gross | Fed. W/H | FICA W/H | State W/H | Local W/H | Unem W/H | Equip Adv. | Man. Chk. | Wage Attch. | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/11/97 | R | 1 | 32.00 | 6.50 | 208.00 | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| Total Weekly: | | | 32.00 | | 208.00 | 0.00 | 15.92 | 5.82 | 2.08 | 0.00 | 0.00 | 0.00 | 0.00 | 184.18 |
| 7/18/97 | R | 1 | 39.00 | 6.50 | 253.50 | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| Total Weekly: | | | 39.00 | | 253.50 | 0.00 | 19.40 | 7.10 | 2.54 | 0.00 | 0.00 | 0.00 | 0.00 | 224.46 |
| 7/25/97 | R | 1 | 40.00 | 6.50 | 260.00 | | | | | | | | | |
| | O | 1 | 0.50 | 9.75 | 4.87 | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| Total Weekly: | | | 40.50 | | 264.87 | 0.00 | 20.26 | 7.42 | 2.65 | 0.00 | 0.00 | 0.00 | 0.00 | 234.54 |
| 8/1/97 | R | 1 | 40.00 | 6.50 | 260.00 | | | | | | | | | |
| | O | 1 | 2.25 | 9.75 | 21.93 | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| Total Weekly: | | | 42.25 | | 281.93 | 0.75 | 21.57 | 7.89 | 2.82 | 0.00 | 0.00 | 0.00 | 0.00 | 248.90 |
| 8/8/97 | R | 1 | 32.00 | 6.50 | 208.00 | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| Total Weekly: | | | 32.00 | | 208.00 | 0.00 | 15.92 | 5.82 | 2.08 | 0.00 | 0.00 | 0.00 | 0.00 | 184.18 |

| Pay Date | Pay Type | Dept | Hours | Rate | Gross | Fed. W/H | FICA W/H | State W/H | Local W/H | Unem W/H | Equip Adv. | Man. Chk. | Wage Attch | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/15/97 | R | 1 | 40.00 | 6.50 | 260.00 | | | | | | | | | |
| | O | 1 | 0.25 | 9.75 | 2.43 | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| Total Weekly: | | | 40.25 | | 262.43 | 0.00 | 20.08 | 7.35 | 2.62 | 0.00 | 0.00 | 0.00 | 0.00 | 232.38 |
| 8/22/97 | R | 1 | 40.00 | 6.50 | 260.00 | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| Total Weekly: | | | 40.00 | | 260.00 | 0.00 | 19.89 | 7.28 | 2.60 | 0.00 | 0.00 | 0.00 | 0.00 | 230.23 |
| 8/29/97 | R | 1 | 40.00 | 6.50 | 260.00 | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| Total Weekly: | | | 40.00 | | 260.00 | 0.00 | 19.89 | 7.28 | 2.60 | 0.00 | 0.00 | 0.00 | 0.00 | 230.23 |
| 9/5/97 | R | 1 | 40.00 | 6.50 | 260.00 | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| Total Weekly: | | | 40.00 | | 260.00 | 0.00 | 19.89 | 7.28 | 2.60 | 0.00 | 0.00 | 0.00 | 0.00 | 230.23 |
| 9/12/97 | R | 1 | 32.00 | 6.50 | 208.00 | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| Total Weekly: | | | 32.00 | | 208.00 | 0.00 | 15.92 | 5.82 | 2.08 | 0.00 | 0.00 | 0.00 | 0.00 | 184.18 |

| Pay Date | Pay Type | Dept | Hours | Rate | Gross | Fed. W/H | FICA W/H | State W/H | Local W/H | Unem W/H | Equip | Adv. | Man. Chk. | Wage Attch | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/19/97 | R | 1 | 32.00 | 6.50 | 208.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| Total Weekly: | | | 32.00 | | 208.00 | 0.00 | 15.92 | 5.82 | 2.08 | 0.00 | 0.00 | 0.00 | 0.00 | | 184.18 |
| 9/26/97 | R | 1 | 40.00 | 6.50 | 260.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| Total Weekly: | | | 40.00 | | 260.00 | 0.00 | 19.89 | 7.28 | 2.60 | 0.00 | 0.00 | 0.00 | 0.00 | | 230.23 |
| 10/3/97 | R | 1 | 40.00 | 6.50 | 260.00 | | | | | | | | | | |
| | O | 1 | 2.00 | 9.75 | 19.50 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| | | 0 | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| Total Weekly: | | | 42.00 | | 279.50 | 0.39 | 21.38 | 7.83 | 2.80 | 0.00 | 0.00 | 0.00 | 230.23 | 0.00 | 247.10 |
| Total Employee: | | | 1476.25 | | 962.19 | 12.56 | 739.24 | 270.55 | 96.63 | 0.18 | 0.00 | 0.00 | 0.00 | 0.00 | 8312.80 |

# SHIFT SCHEDULES

**WEEK OF:** 07-13-97 TO 07-18-97

**DEPARTMENT:** HOT REPLENISHMENT PM  2808

**MANAGER:** P. HOFFMAN   **SPV/SENIOR:** A. TORRES/CHRIS R.

| NAME | POSITION | START | BREAK | LUNCH OUT | F/T | LUNCH IN | BREAK | FINISH | | DAILY HOURS | WEEKLY HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TORRES, AARON | SUPERVISOR | 2:00 PM | 4:30 PM | 6:00 PM | FT | 6:30 PM | 8:30 PM | 10:30 PM | | 8.0 | 40.0 |
| ROTHSTEIN, CHRIS | SENIOR CLERK | 3:00 PM | 5:00 PM | 7:30 PM | FT | 8:00 PM | 8:45 PM | 11:30 PM | | 8.0 | 40.0 |
| CRESPO, YOLANDA | SHIP CLERK II | 3:00 PM | 5:15 PM | 7:30 PM | FT | 8:00 PM | 8:45 PM | 11:30 PM | DA-HOTS-QA | 8.0 | 40.0 |
| GAUTIER, HIRAM | SHIP CLERK II | 3:00 PM | 5:30 PM | 7:30 PM | FT | 8:00 PM | 10:00 PM | 11:30 PM | DA-HOTS-QA | 8.0 | 40.0 |
| TOCCI, CRAIG | SHIP CLERK I | 3:00 PM | 5:45 PM | 7:30 PM | FT | 8:00 PM | 10:15 PM | 11:30 PM | | 8.0 | 40.0 |
| BOBB, ARON | SHIP CLERK I | 3:00 PM | 5:15 PM | 8:00 PM | FT | 8:30 PM | 10:30 PM | 11:30 PM | | 8.0 | 40.0 |
| HORNE, RON | SHIP CLERK I | 3:00 PM | 7:30 PM | 8:00 PM | FT | 8:00 PM | 10:45 PM | 11:30 PM | | 8.0 | 40.0 |
| ZDENKO VUKOVIC | SHIP CLERK I | 3:00 PM | 6:00 PM | 8:00 PM | FT | 8:30 PM | 10:00 PM | 11:30 PM | | 8.0 | 40.0 |
| PATRICK, DAVID | SHIP CLERK I | 3:00 PM | 5:00 PM | 8:00 PM | FT | 8:30 PM | 10:00 PM | 11:30 PM | 4(2808)-4(2824) | 8.0 | 40.0 |
| | SEASONAL | 3:00 PM | 5:30 PM | 7:00 PM | FT | 7:30 PM | 10:15 PM | 11:30 PM | | 8.0 | 40.0 |
| HO, LUAN | SHIP CLERK II | 4:00 PM | 6:30 PM | 8:30 PM | FT | 9:00 PM | 11:00 PM | 12:30 AM | | 8.0 | 40.0 |
| ECHOLS, JAMES | SHIP CLERK I | 5:00 PM | 8:30 PM | | FT | | 11:00 PM | 11:00 PM | | 8.0 | 40.0 |
| SPEELMAN, DAVE (3) | SHIP CLERK I | 6:00 PM | 8:00 PM | | PT | | | 11:00 PM | WED 6 TO 11 | 6.0 | 29.0 |
| TRENN, JODI | SHIP CLERK I | 12:00 N | 2:00 PM | 4:00 PM | FT | 4:30 PM | | 9:30 PM | (M.W.TH) | 5.0 | 15.0 |
| FOLWEILER, JANET | SHIP CLERK I | 4:00 PM | 6:00 PM | 8:00 PM | FT | 8:30 PM | 9:30 PM | 11:00 PM | | 8.0 | 40.0 |
| BRESSLER, ANGIE | SHIP CLERK II | 4:00 PM | 6:15 PM | 7:30 PM | FT | 8:00 PM | 10:15 PM | 12:30 AM | | 8.0 | 40.0 |
| SKRIPNIKOV, SEMAN | SHIP CLERK I | 3:30 PM | 6:30 PM | 6:30 PM | PT | 7:00 PM | | 9:30 PM | | 6.0 | 30.0 |
| PAYNE, ROMAINE | TEMPORARY | 2:30 PM | 4:30 PM | 6:30 PM | T | 7:00 PM | 9:00 PM | 11:00 PM | | | |
| BENNETT, SHIRLEY | TEMPORARY | 2:30 PM | 4:45 PM | 7:00 PM | T | 7:30 PM | 9:00 PM | 11:00 PM | | | |
| CONNOR, DOUGLAS | TEMPORARY | 3:00 PM | 5:00 PM | 7:00 PM | T | 7:30 PM | | 9:15 PM | | | |
| CHOWDHURY, MATIN | TEMPORARY | 3:00 PM | 5:15 PM | 7:30 PM | T | 8:00 PM | | 9:45 PM | | | |
| CONFORTI, BRAD | TEMPORARY | 3:00 PM | 5:30 PM | 8:00 PM | T | 8:30 PM | 10:00 PM | 11:30 PM | | | |
| CRILEY, CALVIN | SHIP CLERK II | 3:00 PM | 3:00 PM | | PT | | | 11:30 PM | | 8.0 | 40.0 |
| ANDERSON, KAREN | SHIP CLERK I | 6:00 PM | 6:00 PM | 8:00 PM | | 8:30 PM | 8:00 PM | 10:00 PM | | 4.0 | 20.0 |

|  | DAILY | WEEKLY |
|---|---|---|
| HOURS BUDGETED: | 133.0 | 654.0 |
| | 9 | 45 |
| OT AVAILABLE: | | |
| MAX HOURS ALLOWED: | 142.0 | 698.0 |