ORIGINAL

In the UNITED STATES District for the
Middle District of Pennsylvania

Shirley A. Banks-Bennett  
(Plaintiff)

Ingram Micro U.S. et al.  
(Defendants)

Civil Action No.:  
1: CV-01-1241  
(Judge Kane)

And now, therefore, IT IS ORDERED that motion to dismiss is granted with leave to amend.

1. What is a whistleblower?   Shirley A. Banks-Bennett

2. Who is a person(s) violating the law who were acting under color of an employee's authority?

    Bill Munley, Vickie Smith (who is no longer there), Ken Goodman.

3. Defendant discriminated against by firing me because of my race and gender.

*Shirley A. Bennett*