# ORIGINAL

BRIEF IN SUPPORT OF MOTION

1: CV-01-1241

FILED HARRISBURG, PA JUL 16 2002 MARY E. D'ANDREA, CLERK Per ____ Deputy Clerk

1. Shirley A. Banks-Bennett, Plaintiff, suggests that by my complaining Plaintiff was refused employment.

2. Bill Munley (Vickie Smith is no longer there – she was fired). Ken Goodman. Plaintiff put application in on 3/24/97 (good for six months).

3. Fed. R. CIV.P. 10(b)
   From: 4-7-97 - 8-25-97   Exhibit #7

   Show discrimination against me by firing me because of my race and gender.


Respectfully yours,

*Shirley A. Banks-Bennett*

## CERTIFICATE OF SERVICE

PAUL J. DELLASEGA, ESQ.
#23146
305 North Front Street
P.O. Box 999
Harrisburg, PA 17108
(717) 255-7621


_____     __7-16-02__
Shirley A. Banks-Bennett                Date