IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

Ms. Shirley A. Banks-Bennett,
               Plaintiff

vs.

Ingram Micro U.S., et al.,
               Defendants

CIVIL ACTION NO.
1: CV-01-1241
(Jane Kane)

FILED
HARRISBURG, PA

OCT 0 9 2002

MARY E. D'ANDREA, CLERK
Per _____
      Deputy Clerk

**Motion for Summary Judgement**

1. **Pro se Plaintiff this is her right to file Counter-Affidavits.**

2. Responsive Material.

3. Fair Notice requirements of the Summary Judgement.

4. Plaintiff became full time at Giant.

Respectfully Submitted

*[signature]*     10-9-02
Shirley A. Banks-Bennett
2649 Waldo Street
Harrisburg, PA 17110
717-232-1989

## CERTIFICATE OF SERVICE

PAUL J. DELLASEGA, ESQ.
#23146
305 North Front Street
P.O. Box 999
Harrisburg, PA 17108
(717) 255-7621


_____          __10-9-02_____
Shirley A. Banks-Bennett                  Date


(3) Copies