**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Ms. Shirley A. Banks-Bennett,<br>　　　　　　　　Plaintiff | CIVIL ACTION NO.<br>1: CV-01-1241<br>(Jane Kane) |
| vs. | |
| Ingram Micro U.S., et al.,<br>　　　　　　　　Defendants | |

**Answer Pro Se Plaintiff**

FILED
HARRISBURG, PA

OCT 2 4 2002

MARY E. D'ANDREA, CLERK
Per _____
　　　　Deputy Clerk

1.　Admit.

2.　Admit.

3.　Admit. Denied Peter Hoffman ask Pro Se Plaintiff to do Shipping Clerk I. Exhibit #7 (10) temp to perm.

4.　Admit. Exhibit #4 speak to Pro Se Plaintiff.

5.　Denied that on or about 4-1-97.

6.　Exhibit #1 speak for itself.

7.　Admit.

8.　Admit as stated from Pro Se Plaintiff pleading.

9.　Admit as stated from Pro Se Plaintiff pleading.

10.　Admit as stated from Pro Se Plaintiff pleading.

11.　Admit as stated from Pro Se Plaintiff pleading.

12.　Admit as stated from Pro Se Plaintiff pleading.

13. Admit Goodman and Munley have been served.

14. Admit Peter Hoffman ask Pro Se Plaintiff to do Shipping Clerk I.

15. Pro Plaintiff received Exhibit #3. There was no social security card to Kozemchak on 3-22-99/

16. Admit. Vicki Smith said "Company held application for six months".

17. Admit temporary or permanent we made Highs shipment. Company gave us dinner brought in by Boston Market.

18. Admit.

19. Admit. Clerk I start at $9.00/hr. Temp $6.50/hr Back in 1997. 11-14-98 Giant pays me $7.65/hr. I work hard at Micro in order to get a good paying job.

20. Admit as stated from Pro Se Plaintiff pleading.

21. Admit as stated from Pro Se Plaintiff pleading.

22. Admit as stated from Pro Se Plaintiff pleading.

23. Admit I work for that company for nine months.

24. We are in Federal System.

25. We are in Federal System.

26. I concur with a case management conference.

Respectfully Submitted

*Shirley A. Banks-Bennett*
Shirley A. Banks-Bennett
2649 Waldo Street
Harrisburg, PA 17110
717-232-1989

## CERTIFICATE OF SERVICE

PAUL J. DELLASEGA, ESQ.
#23146
305 North Front Street
P.O. Box 999
Harrisburg, PA 17108
(717) 255-7621


_____    __10-24-02_____
Shirley A. Banks-Bennett              Date


(3) Copies