IN THE UNITED STATES DISTRCT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

Shirley A. Banks-Bennett,    1: CV-01-1241
    Plaintiff

    Vs                       Judge Kane

Ingraim Micro. U.S. et al.
    Defendants

ORIGINAL

FILED
HARRISBURG,
OCT 28 200
MARY E. D'ANDREA,
Per _____
Deputy Clerk

Motion for Summary Judgement

1. Pro Se Plaintiff "This is her right to file Counter-Affidats".
2. Responsive Material Exbibit #8 shows Pro Se Plaintiff's at $6.5/hour
3. Fair Notice require of Summy Judgement Ingram Micro U.S., Bill Munley and Ken Goodmen after (5) five years or more Should pay me.
4. I have the same factal document than Defendents have.

Respect Submitted
Shirley A. Banks-Bennett
2649 Waldo St.
Harrisburg, Pa. 17110
717 232-1989

## CERTIFICATE OF SERVICE

PAUL J. DELLASEGA, ESQ.
#23146
305 North Front Street
P.O. Box 999
Harrisburg, PA 17108
(717) 255-7621


_____        10-28-02
Shirley A. Banks-Bennett                    Date

(3) Copies