2 Ct

# ORIGINAL

1:CV-01-1241

Brief in Support of motion
1. Paul J. Dellaga   Subpena in a Civil Case.
2. Shirley A. Banks-Bennett Subpena in a Civil Case.

J.l Ca—

**FILED**
HARRISBURG, PA

OCT 28 2002

MARY E. D'ANDREA, CLERK
Per _____

# CERTIFICATE OF SERVICE

PAUL J. DELLASEGA, ESQ.
#23146
305 North Front Street
P.O. Box 999
Harrisburg, PA 17108
(717) 255-7621


_____    10-28-02 _____
Shirley A. Banks-Bennett            Date

(3) Copies

## Issued by the
# UNITED STATES DISTRICT COURT

MIDDLE       DISTRICT OF       PENNSYLVANIA

Shirley A. Banks-Bennett,
Plaintiff

**SUBPOENA IN A CIVIL CASE**

V.

Ingram Micro U.S.; Ingram Micro Branch #80 General Manager Ken Goodwin (in their official and individual capacity); Vicki Smith, Senior Human Resource Generalist (in her official and individual capacity); Bill Munley, Manager at Shipping Department, (in his official and individual capacity);
Defendants

JURY TRIAL DEMANDED
Case Number:[1]    1:CV-01-1241

TO:    Thomas Myers
Pennsylvania Human Relations Commission
301 Chestnut Street, Suite 300, Harrisburg, PA 17105

☐   YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒   YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE   Law Offices of Thomas Thomas & Hafer, LLP, PO Box 999, Harrisburg, PA 17108<br>PRODUCE: COMPLETE PHRC FILE DOCKET NO: E85223AD<br>Shirley Banks Bennett v. Ingram Micro | DATE AND TIME<br><br>November 29, 2001   12:00 p.m. |
|---|---|

☐   YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| _/s/_ Attorney   Attorney for Defendants | November 15, 2001 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Paul J. Dellasega, Esquire
Law Offices of Thomas Thomas & Hafer, LLP, PO Box 999, 305 North Front Street, Harrisburg, PA 17108
(717) 255-7602

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

# United States District Court

Middle DISTRICT OF Pennsylvania

Shirley A. Banks-Bennett
Plaintiff

V.

Ingram micro U.S.
et al.

**SUBPOENA**

CASE NUMBER: 1:CV-01-1241

| TYPE OF CASE | SUBPOENA FOR |
|---|---|
| ☒ CIVIL    ☐ CRIMINAL | ☐ PERSON    ☒ DOCUMENT(S) or OBJECT(S) |

TO: Thomas Myers
Pennsylvania Human Relation Commission
301 Chestnut Street Suite 300
Harrisburg, Pa. 17105

YOU ARE HEREBY COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| PHRC 301 Chestnut St. Harrisburg, Pa. 17101 | |
| | DATE AND TIME |

YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

Produce: complete PHRC Docket # E85223AD

☐ See additional information on reverse

This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

U.S. MAGISTRATE OR CLERK OF COURT

DEPUTY CLERK

DATE: 11/19/01

This subpoena is issued upon application of the:

☒ Plaintiff    ☐ Defendant    ☐ U.S. Attorney

QUESTIONS MAY BE ADDRESSED TO:

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

FORM OBD-226 JAN. 86
To be used in lieu of AO89
*If not applicable, enter "none."