IN THE UNITED STATES DISTRICT FOR THE MIDDLE DISTRICT OF Pennsylvania

Shirley A. Banks-Bennett
(Plaintiff)

vs

Ingram Micro, U.S. et., al.
(Defendents)

Civil Action No.
1: CV-01-1241
(Judge Kane)

FILED
HARRISBURG, PA
DEC 0 3 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Leave to amend Motion for Summary Judgement.

1. Shirley A. Banks-Bennett this is her right to file Counter-Affidavits.
2. Responsive Material See Brief in Support
3. Fair Notice requirement of Summay Judegement
   100,000.00 back pay and benefits
   1,800,000.00 Compensatory damage.

Respectfully Submitted,

Shirley A. Banks-Bennett
Shirley A. Banks-Bennett
2649 Waldo Street
Harrisburg, Pa. 17110
717-232-1989

State of Pennsylvania
County of Dauphin
Tammy Alexina Gill

Notarial Seal
Tammy Alexina Gill, Notary Public
Hampden Twp., Cumberland County
My Commission Expires Oct. 6, 2003
Member Pennsylvania Association of Notaries

## CERTIFICATE OF SERVICE

PAUL J. DELLASEGA, ESQ.
#23146
305 North Front Street
P.O. Box 999
Harrisburg, PA 17108
(717) 255-7621


_____        12-03-02
Shirley A. Banks-Bennett                Date


(3) Copies