26
12/4/02

1: CV-01-1241

( Judge Kane ) ✓

Leave to amend  Brief in  Support
                Responsive  Material

Respectfully  Submitted.

Shirley A. Banks-Bennett
Shirley A. Banks-Bennett
2649 Waldo St.
Hbg., Pa. 17116
717-232-1989

**FILED**
HARRISBURG, PA

DEC 0 3 2002

MARY E. D'ANDREA, CLERK
Per _____
        Deputy Clerk

Reference USA                                                                 Page 1 of 1

   

⊙ **Back**

( **Revise My Criteria** )  ( **New Search** )

### Detailed Listing

| | | | |
|---|---|---|---|
| **Name:** | INGRAM MICRO INC | **Employees:** | Corporate<br>Location 500 to 999 |
| **Address:** | 80 MICRO DR | **Est Sales:** | $100 to $500 MILLION |
| **City:** | JONESTOWN,  PA  17038-8739 | **Location:** | BRANCH |
| **Contact:** | KEN  GOODWIN  (EXECUTIVE DIRECTOR) | **Credit Rating Code*:** | EXCELLENT |
| **County:** | LEBANON | **ABI Number:** | 982090847 |
| **MSA:** | HARRISBURG-LEBANON, PA | **Public:** | No |
| **Phone:** | (717) 865-0800 | **Ticker Symbol:** | Not Applicable |
| **Fax**:** | (717) 865-8081 | **Toll Free Number:** | Not Applicable |
| **Fortune 1000 Ranking:** | Not Applicable | **URL:** | Not Applicable |
| **Foreign Parent:** | NO | | |

| SIC | Lines of Business | Ad Size | Year Appeared |
|---|---|---|---|
| 5099-98 | DISTRIBUTION CENTERS | | 1998 |
| Map It! | | Add to List | |

Show Businesses in ZIP Code **17038**   ( Submit )

---

* Our Credit Rating Codes are indicators of probable ability to pay. They are based on business demographic factors such as number of employees, years in business, industry stability, bill paying history, barriers to entry, and government data. We recommend that these ratings be used primarily as a starting point and should not be the sole factor used in making a credit decision. You must obtain more information from bank and trade references, local credit bureaus, or other sources before extending credit. We will not be liable for any losses resulting from the use of this information.

** It is a violation of both federal and state law to transmit an unsolicited advertisement to a facsimile machine. Any person violating such laws may be subject to civil and criminal penalties which may exceed $500 for each transmission of any unsolicited facsimile. We provide business information for lawful purposes and expressly forbid the use of our business information in any unlawful manner.

⊙ **Back**

( **Revise My Criteria** )  ( **New Search** )

[business data] [residential data]
[about us] [contact us] [help] [home]

Reference USA                                                   Page 1 of 2

   

◀ Back

▶Revise My Criteria◀  ▶New Search◀

## Detailed Listing

| Name: | INGRAM MICRO INC | Employees: | Corporate 14,500 Location 3,000 |
|---|---|---|---|
| Address: | 1600 E SAINT ANDREW PL | Est Sales: | $25,186,933,000 |
| City: | SANTA ANA,  CA  92705-4926 | Location: | HEADQUARTER |
| Contact: | KENT B FOSTER  (CHIEF EXECUTIVE OFFICER) | Credit Rating Code*: | EXCELLENT |
| County: | ORANGE | ABI Number: | 463476788 |
| MSA: | ORANGE COUNTY, CA | Public: | Yes |
| Phone: | (714) 566-1000 | Ticker Symbol: | IM |
| Fax**: | (714) 566-7940 | Toll Free Number: | Not Applicable |
| Fortune 1000 Ranking: | 75 | URL: | INGRAMMICRO.COM |
| Foreign Parent: | NO | | |

| SIC | Lines of Business | Ad Size | Year Appeared |
|---|---|---|---|
| 5045-03 | COMPUTERS-WHOLESALE | | 1989 |
| 5734-07 | COMPUTER & EQUIPMENT DEALERS | IN-COLUMN | 1992 |
| 9999-80 | ADVERTISING AGENCIES & RELATED-NEC | | 1999 |
| 9999-81 | INDUSTRY LEADERS-ADVERTISING | | 1999 |
| 9999-86 | PRO MARKETING EXEC EMPLOYERS | | 1999 |

| Name | Title | Gender |
|---|---|---|
| MICHAEL J GRAINGER | PRESIDENT | MALE |
| KENT B FOSTER | CHAIRMAN | MALE |
| JOHN R INGRAM | DIRECTOR | MALE |
| MARTHA R INGRAM | DIRECTOR | FEMALE |
| ORRIN H INGRAM II | DIRECTOR | MALE |
| DALE R LAURANCE | DIRECTOR | MALE |
| GERHARD SCHULMEYER | DIRECTOR | MALE |
| MICHAEL T SMITH | DIRECTOR | MALE |
| JOE B WYATT | DIRECTOR | MALE |
| MICHAEL J GRAINGER | CHIEF OPERATING OFFICER | MALE |
| THOMAS A MADDEN | CHIEF FINANCIAL OFFICER | MALE |
| JAMES F RICKETTS | TREASURER | MALE |
| THOMAS A MADDEN | CONTROLLER | MALE |
| RIA MARIE CARLSON | CORPORATE COMMUNICATIONS EXECUTIVE | FEMALE |

| GUY P ABRAMO | DATA PROCESSING EXECUTIVE | MALE |
|---|---|---|
| DAVID M FINLEY | HUMAN RESOURCES EXECUTIVE | MALE |
| JERRY A LUMPKIN | MARKETING EXECUTIVE | MALE |
| PATRICK T COLLINS | SALES EXECUTIVE | MALE |
| JAMES E ANDERSON JR | CORPORATE SECRETARY | MALE |
| JAMES E ANDERSON JR | GENERAL COUNSEL | MALE |
| KEVIN M MURAI | PLANT MANAGER | MALE |
| Map It! | Add to List | |

Show Businesses Within 1/10 mile ⯆   Submit

\* Our Credit Rating Codes are indicators of probable ability to pay. They are based on business demographic factors such as number of employees, years in business, industry stability, bill paying history, barriers to entry, and government data. We recommend that these ratings be used primarily as a starting point and should not be the sole factor used in making a credit decision. You must obtain more information from bank and trade references, local credit bureaus, or other sources before extending credit. We will not be liable for any losses resulting from the use of this information.

\*\* It is a violation of both federal and state law to transmit an unsolicited advertisement to a facsimile machine. Any person violating such laws may be subject to civil and criminal penalties which may exceed $500 for each transmission of any unsolicited facsimile. We provide business information for lawful purposes and expressly forbid the use of our business information in any unlawful manner.

◀ **Back**



Revise My Criteria    New Search

[business data] [residential data]
[about us] [contact us] [help] [home]

Contact Us Need Help? E-mail us at reference@infoUSA.com. Privacy
© 2002 infoUSA Inc. All Rights Reserved. 5711 South 86th Circle P.O. Box 27347 Omaha, NE 68127
Server: faramir (faramirrefdevv3) DB Server: whiterider   IP: 164.156.106.145

## CERTIFICATE OF SERVICE

PAUL J. DELLASEGA, ESQ.
#23146
305 North Front Street
P.O. Box 999
Harrisburg, PA 17108
(717) 255-7621


_____          12 - 03 - 02
Shirley A. Banks-Bennett                        Date


(3) Copies