IN THE UNITED STATES DISTRICT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Shirley A. Banks-Bennett
(Plaintiff)

Vs

Ingram Micro, U.S. et, al.
(Defendents)

Civil Action #
1: CV-01-1241
(Judge Kane)

## REQUEST

On Dec. 03, 2002 Plaintiff Filed Leave to amend Motion for Summary Judgement.

Leave to amend Brief in Support. I filed 2 copies from the state library which is fore lawful purposes.

Respectfully Submited,

Shirley A. Banks-Bennett
2649 Waldo St.
Harrisburg, Pa. 17110

717 232-1989

## CERTIFICATE OF SERVICE

PAUL J. DELLASEGA, ESQ.
#23146
305 North Front Street
P.O. Box 999
Harrisburg, PA 17108
(717) 255-7621


_____    3-17-03
Shirley A. Banks-Bennett            Date

(3) Copies