IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHIRLEY A. BANKS-BENNETT,** | : | CIVIL ACTION NO. |
| Plaintiff, | : | 1:CV-01-1241 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **INGRAM MICRO U.S., et al.,** | : | |
| Defendants. | : | |

### ORDER

Before this Court are several documents, filed by the Plaintiff, which purport to be motions for summary judgment or amendments to motions for summary judgment. (Doc. Nos. 18, 23, 25 and 27). Defendants have filed a Motion To Strike Plaintiff's Motion for Summary Judgment for failure to comply with Local Rule 56.1. (Doc. No. 20). Even though the Court construes pro se filings liberally, a pro se plaintiff is still required to adhere to the minimal requirements of the Federal Rules of Civil Procedure and the Local Rules. Local Rule 56.1 requires that motions for summary judgment include a "separate, short and concise statement of the material facts, in numbered paragraphs, as to which the moving party contends there is no genuine issue to be tried." Id. Moreover, Local Rule 7.5 requires a moving party to file a supporting brief with motions for summary judgment. If no supporting brief is filed as required by Local Rule 7.5, the "motion shall be deemed withdrawn." Id.

Plaintiff's papers, even when liberally construed, do not comply with either Local Rule 56.1 or Local Rule 7.5. None of the Plaintiff's papers labeled as motions or briefs in support contain any statement of undisputed material facts or any argument as to liability. Rather, they merely request damages. Since Plaintiff's documents fail to comply with the minimal requirements of Local Rules, they will be deemed withdrawn under Rule 7.5. Since the motions

will be deemed withdrawn, Defendant's motion to strike will denied as moot.

Accordingly, **IT IS ORDERED THAT** Plaintiff's motion for summary judgment (Doc. No. 18), Plaintiff's motion for summary judgment (Doc. No. 23), Plaintiff's Motion for leave to amend motion for summary judgement (Doc. No. 25) and Plaintiff's Request for Leave to Amend Motion for summary Judgment (Doc. No. 27) are **DEEMED WITHDRAWN. IT IS FURTHER ORDERED THAT** Defendant's Motion To Strike Plaintiff's Motion for Summary Judgment (Doc. No. 20) is **DENIED** as moot.

                                         _S/ Yvette Kane_
                                         Yvette Kane
                                         United States District Judge

Dated: July 22, 2003.