IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYVANA

Shirley A. Banks-Bennett
    Plaintiff

        v.

INGram Micro U.S.
    et al.
    Defendants.

1 CV-01-1241

Judge Kane

FILED
HARRISBURG
AUG 1 9 2003
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

Motion to Subpomena in a Civil Case
On 7-29-03 Seved Paul J. Dellagega Defendants for (Ingram Mirco U.S.) It speak for it self.
Subpomena for:
Peter Hoffman Social Security # David Kozemchaft employee of Human Relations Representative.
This is a lawful purposes.
Sybpomena for Shirley A. Banks-Bennett the Diffnenes between A person starting 4-1-1979 to Present.

Respectfully Submitted,
Shirley A. Banks-Bennett
Shirley A. Banks-Bennett
2649 Waldo St.
Hbg., Pa. 17110
717 232-1989

## CERTIFICATE OF SERVICE

PAUL J. DELLASEGA, ESQ.
#23146
305 North Front Street
P.O. Box 999
Harrisburg, PA 17108
(717) 255-7621

_____        8-18-03
Shirley A. Banks-Bennett                                    Date