AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF _____

Shirley A. Banks-Bennett

V.

Ingram Micro U.S. et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 1 CV-01-1241

TO:

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): Peter Hoffman, Social Security # & Last Known address.

| PLACE 2649 Waldo St. Hbg., Pa. 17110 | DATE AND TIME 8-29-03  0900 |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Mary E. D'Andrea |  |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

George T. Gardner

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

# THOMAS, THOMAS & HAFER LLP
### ATTORNEYS AT LAW



www.tthlaw.com

305 North Front Street, P.O. Box 999, Harrisburg, PA 17108
Phone: (717) 237-7100    Fax: (717) 237-7105

*Paul J. Dellasega*
*(717)255-7602*
*pdellasega@tthlaw.com*

August 8, 2003

Shirley Banks-Bennett
2649 Waldo Street
Harrisburg, PA  17110

   **RE:** ***Shirley A. Banks-Bennett v. Ingram Micro, et al.***
     ***No.: 1: CV-01-1241***
     ***Our File No.: 563-10626***

Dear Ms. Banks-Bennett:

  I have received your subpoena.  While it is not in the proper form, I can advise you as to the extent of the information Ingram Micro has regarding Peter Hoffman's last known address.  Please be advised that this information is not current but rather is several years old.

  According to Ingram's records, Mr. Hoffman's last known address, as of several years ago, is 8325 SW Mohawk Street, Apartment 10, Tualatin, Oregon, 97062.

  At that time his phone number was (503) 612-1931.

            Very truly yours,

            THOMAS, THOMAS & HAFER, LLP

         By: *[signature]*
            Paul J. Dellasega

PJD/slh

cc:  Mark Okey, Esquire

---

Lehigh Valley Office:  3400 Bath Pike, Suite 302, Bethlehem, PA  18017  ♦  Phone: (610) 868-1675  ♦  Fax: (610) 868-1702