IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENN-
SYlvania

| | |
|---|---|
| Shirley A. Banks-Bennett<br>   Plaintiff | 1 CV-01-1241 |
| V | |
| Ingram Micro U.S.<br>   et al<br>Defendants. | Judge Kane |

Plaintiff Brief in Support

1. Suppona in a Civil Case
2. 8-8-2003 response Paul J. Dellasga