IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHIRLEY A. BANKS-BENNETT,** | : | CIVIL ACTION NO. |
| Plaintiff, | : | 1:CV-01-1241 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **INGRAM MICRO U.S., et al.,** | : | |
| Defendants. | : | |

## ORDER

Before this Court is Plaintiff's motion to subpoena Peter Hoffman. (Doc. No. 30). Plaintiff, proceeding pro se, has not clearly stated the purpose for which she moves to subpoena Mr. Hoffman. It is unclear whether Plaintiff seeks to subpoena him for deposition or for testimony at trial. The Court cannot rule on this motion without more information from Plaintiff.

Accordingly, **IT IS HEREBY ORDERED THAT** within 10 days of this order, Plaintiff shall notify the Court of the purpose for which she moves to subpoena Mr. Hoffman.

 S/ Yvette Kane
Yvette Kane
United States District Judge

Dated: March 1, 2004