

IN THE UNITED STATES DISTRICT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHIRLEY A. BANKS-BENNETT<br>(Plaintiff)<br>    V. | CIVIL ACTION NO.:<br>1: CV-01-1241 |
| INGRAM MICRO U.S. et al.<br>(Defendants) | Judge Kane |

I am requesting a subpoena for Mr. Peter Hoffman to provide testimony at trial. I have 10 questions for him.

To be answered on behalf of Ingram Micro U.S., Ingram Micro Branch #80, Kenneth Goodmin and Bill Munley.

See page 2, #15.    12-18-03 (letter from Paul J. Dellasega)

It speaks for itself. I need Peter Hoffman's Social Security number. I need a subpoena for Ingram Micro U.S. et al, defendant, and those regarding a former employee of Ingram Micro, Peter Hoffman.

Date: 03/03/04          Respectfully submitted,

Shirley A. Banks-Bennett
2649 Waldo Street
Harrisburg, PA 17110
(717) 232-1989

FILED
MAR 04 2004
DEPUTY CLERK