IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHIRLEY A. BANKS-BENNETT,** | : | 1: CV-01-1241 |
| **Plaintiff** | : | |
| v. | : | |
| **INGRAM MICRO U.S.; INGRAM MICRO BRANCH #80 GENERAL MANAGER KEN GOODWIN (in their official and individual capacity); VICKI SMITH, SENIOR HUMAN RESOURCE GENERALIST (in her official and individual capacity); BILL MUNLEY, MANAGER AT SHIPPING DEPARTMENT, (in his official and individual capacity);** | : | JUDGE KANE |
| **Defendants** | : | |

### REPLY TO PLAINTIFF'S MOTION FOR A SUBPOENA FOR PETER HOFFMAN

DEFENDANT'S REPLY TO PLAINTIFF'S MOTION

    1.    Defendant does not oppose the request that Plaintiff be supplied a subpoena to compel the testimony of Peter Hoffman.

    2.    Plaintiff's Motion indicates that she needs Mr. Hoffman's social security number and that it has not been supplied to her. Mr. Hoffman is a former employee of Ingram Micro at its Central

Pennsylvania facility. Mr. Hoffman's records there containing the social security number were either destroyed or purged years ago in the normal course of business. Defendant has now obtained from its California headquarters Mr. Hoffman's social security number and that information has been provided to the Plaintiff.

          Respectfully submitted,

          **THOMAS, THOMAS & HAFER, LLP**

          **s/Paul J. Dellasega**

Date:  March 8, 2004    By: _____
          Paul J. Dellasega, Esquire
          Atty. ID No.:  23146
          305 North Front Street
          Sixth Floor, P.O. Box 999
          Harrisburg, PA  17108-0999
          (717) 255-7602

          Attorney for Defendants, Ingram Micro U.S., Ingram Micro Branch #80, Ken Goodman and Bill Munley

## **CERTIFICATE OF SERVICE**

    I, Paul J. Dellasega, attorney with the law firm of Thomas, Thomas & Hafer, LLP, hereby certify that a copy of the foregoing document was served upon the following, by enclosing a true and correct copy in an envelope addressed as follows, postage prepaid:

Shirley A. Banks-Bennett
2649 Waldo Street
Harrisburg, PA  17110

                                         **THOMAS, THOMAS & HAFER, LLP**

                                         s/Paul J. Dellasega

                                         _____
                                         Paul J. Dellasega

DATED:   March 8, 2004