IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHIRLEY A. BANKS-BENNETT,** | : | CIVIL ACTION NO. |
| Plaintiff, | : | 1:CV-01-1241 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **INGRAM MICRO U.S., et al.,** | : | |
| Defendants. | : | |

## ORDER

Before this Court is Plaintiff's motion to subpoena Peter Hoffman. (Doc. No. 30). Plaintiff, proceeding pro se, seeks to subpoena Mr. Hoffman to provide testimony at trial. (See Doc. No. 36). Defendant does not oppose Plaintiff's request for a subpoena to compel Mr. Hoffman's testimony. (See Doc. No. 37).

The Federal Rules of Civil Procedure provide that "[t]he clerk shall issue a subpoena, signed but otherwise in blank, to a party requesting it, who shall complete it before service." Fed. R. Civ. P. 45(a)(3). Accordingly, **IT IS HEREBY ORDERED THAT** the Clerk of Court shall provide Plaintiff with a signed, but otherwise blank, subpoena with which Plaintiff may serve Peter Hoffman.

Although the Court notes Plaintiff's argument that she did not have Mr. Hoffman's Social Security number, Defendant has since provided Plaintiff with this information. (See Doc. No. 37). Any discovery dispute regarding Mr. Hoffman's Social Security number is, therefore, moot.

    S/ Yvette Kane
    Yvette Kane
    United States District Judge

Dated: March 12, 2004