Exbibit # 4

INGRAM MICRO.

# Employment Application

NOTICE: COMPLETE ALL LINES ENTIRELY IN INK. INFORMATION WILL BE VERIFIED.

Name: Bennett (Last) Shirley (First) A. (Middle)

Banks Shirley A

For checking prior records, provide other names under which you have worked

Address: 2649 Waldo Street (No. & Street)

Harrisburg (City) Penna. (State) 17110-2630 (Zip)

Telephone (717) 232-1989 Business or Message Phone ( )

Date: 2-24-97

Social Security No. 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

How were you referred to us? (Check one)

☐ Advertisement (where)?
☑ Agency Diesel
☐ Employee (Name)
☐ Other

If hired can you present evidence of your legal right to work in the United States? No (Yes) — circled

I am available for employment on a ☑ Full Time Basis ☑ Part Time Basis Date Available ASAP

Starting salary desired 8.00/hr Type of position desired Shipping clerk, Box maker, repack zone

Do you have any relative currently employed by Ingram Micro? (No) Yes If yes, state name and department or title

Were you ever employed by Ingram Micro or any other Ingram Industries company before? (No) Yes If yes, when and which company?

## EMPLOYMENT HISTORY

DO NOT PUT "SEE RESUME"

Beginning with your present or last position, list all jobs you have held to cover a five-year period of time (include military experience if job-related). If the four spaces below do not cover five years of time, attach a separate piece of paper to list all jobs for five years. If you have a resume, please attach to application; however, you MUST complete and sign this application. FILL IN ALL SPACES. LEAVE NO SPACES UNFILLED.

Name of Employer: Giant Foods Inc. Type of Business: Grocery

Address: Linglestown Rd. Harrisburg Pa Phone (717) 652-7795

Dates Employed FROM Mo. 9 Yr. 95 TO Mo. Present Yr. Starting Title: Deli clerk Last Title: Same Starting Salary: 5.95/hr Final Salary: 6.40/hr

Name of Supervisor: Joe Kissinger May we contact now? ☐ No ☑ Yes Reason for leaving: Still there

Brief description of Duties: Greet customers slice meat and cheese make subs and pizza and party trays

Name of Employer: The Diesel Group, Inc. Type of Business: Personnel Services

Address: 4815 Jonestown Rd Suite 201 Harrisburg Pa. Phone (717) 652-3133

Dates Employed FROM Mo. 1 Yr. 97 TO Mo. Present Yr. Starting Title: Last Title: Starting Salary: 6.40/hr Final Salary:

Name of Supervisor: Peggy Johnson May we contact now? ☐ No ☑ Yes Reason for leaving: still there

Brief description of Duties: Pick products make boxes

Name of Employer: Comm. of Penna. Dept. of Revenue Bureau of Admin. Services Type of Business: Revenue

Address: 2850 Turnpike Ind. Drive Middletown, Pa 17057 Phone (717) 986-4600

Dates Employed FROM Mo. 11 Yr. 95 TO Mo. 6 Yr. 96 Starting Title: Tax Season clerk Last Title: Same Starting Salary: 6.00/hr Final Salary: 6.55/hr

Name of Supervisor: Jyotsha Shah May we contact now? ☐ No ☑ Yes Reason for leaving: Tax Season over lay off

Brief description of Duties: fill orders for coin Tax, telephone orders for tax payers, open review and distribute mail received. Relieve the receptionist for breaks and lunch. work on big mailings

Name of Employer Polyclinic Hospital Type of Business Hospital

Address 2601 N. 3rd Street Harrisburg, Penna Phone (717) 782-4315

Dates Employed FROM Mo. 1 Yr. 74 TO Mo. 3 Yr. 94 Starting Title Nursing Asst Last Title Sec'ty to the unit Starting Salary unknow Final Salary 9.21/hr

Name of Supervisor ______ May we contact now? ☐ No ☒ Yes Reason for leaving retired

Brief description of Duties answer phones send faxes take Doctor orders off patient's chart. Schedule test for patient admit patient order medicine distrub mail greet and direct visitors to patient.

Summarize prior relevant experience and explain periods of unemployment or periods not accounted for above. Use a separate sheet of paper if you need more space.

List names and locations of educational institutions you attended. For purposes of checking your educational background, state year degree or credentials received.

| | Location | Major Subjects | Highest Year Attended (ie 12th) | Diploma or Degree | Year Degree Received |
|---|---|---|---|---|---|
| High School | Bishop Mc Devitt H.S. Market street Harrisburg, Pa. | clerical | 12 | Diploma | [redacted] |
| College or Technical | N/A | | | | |
| | | | | | |
| | | | | | |

List other skills, computer knowledge, or special training related to the position you are seeking (include keyboard speed and word processing skills).

IMPORTANT Have you ever been convicted of a felony? ☐ No ☒ Yes
If yes, give dates and explanation. (Conviction does not automatically exclude you from consideration for employment and you will be given the opportunity to explain any convictions.) Please see attached paper Poss. with intent to deliver

Please list the name and telephone number of two business (not personal) references.

Name Bob Johnson - ABF Phone (717) 238-2042 Relationship to you Friend

Name Tim Oineman - Giant Phone (717) 652-7795 Relationship to you Friend

I authorize investigation of all statements contained in this application for employment. I understand that falsification, omission or misstatement of information may result in refusal to hire, or if hired, dismissal from employment.

I agree that Ingram Micro Inc. and my previous employers shall not be held liable in any respect if any employment offer is not tendered, is withdrawn or my employment is terminated due to falsity of the statements and answers in this application form. I understand that as a condition of employment, I may be required prior to and during employment to take and pass drug and alcohol tests. I understand the company has the right to search anything brought onto company premises or vehicles including desks, lockers, handbags, briefcases and automobiles. I understand the company benefits and rules and regulations may be changed, modified, deleted or added to by the company at any time at the company's sole option and without any prior notice. I understand that my employment may be terminated at any time with or without cause and with or without notice at the option of the company. I understand that no representative of the company has any authority to enter into any agreement for employment for any specified period of time or to make commitments or promises or assure any benefit terms and conditions of employment unless such are made in writing and signed by the Chairman of the company.

If I am hired, I understand that additional personal data will be required for determination of benefit eligibility and for statistical purposes.

I understand this application will remain active for no more than 90 days.

I HEREBY ACKNOWLEDGE THAT I HAVE READ THE ABOVE STATEMENT, UNDERSTAND IT, AND THAT ALL INFORMATION I HAVE SUBMITTED IS FACTUAL, CORRECT AND SUBJECT TO COMPLETE VERIFICATION.

Charles A. Banks Bennett 4-1-97
Signature (Acknowledgement) Date

INGRAM MICRO INC. IS AN EQUAL OPPORTUNITY EMPLOYER. WE DO NOT DISCRIMINATE BECAUSE OF AGE, RACE, RELIGION, CREED, MARITAL STATUS, VETERAN STATUS, COLOR, NATIONAL ORIGIN, SEX OR DISABILITIES.

**Shirley A. Banks-Bennett**
**SS #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**
**2649 Waldo Street**
**Harrisburg, PA 17110**
**(717) 232-1989**

To whom it may concern:

10-92 arrested for possession of controlled substance, Conspiracy.

2-10-94 D.A. office of Dauphin County offered me a bargain for guilty plea. 90 days in-house arrest, 9 months probation, $200 fine. I accepted it.

Judge Jeannie Turgeon accepted it, too (Docket # 38 CO 93)

I have had no further dealings with the law.

Previous employers stated on this application are aware of my criminal record.

Sincerely,

Shirley A. Banks-Bennett

Shirley A. Banks-Bennett

Exhibit # 5

KEN GOODWIN

I, Ken Goodwin, have been asked to give a statement in this case by the Pennsylvania Human Relations Commission.

1. I am the Director of Branch 80 of Ingram Micro. Branch 80 is the name of Ingram Micro's Harrisburg, Pennsylvania facility. I have been employed by Ingram Micro for a period in excess of ten years.

2. I am a white male. My date of birth is 9/15/39.

3. I was present on or about August 13, 1997, when Shirley Banks-Bennett had a conversation with Vicki Smith. To the best of my recollection Ms. Smith advised Ms. Banks-Bennett that Ingram Micro reserved the right to hire whatever employees it wanted. I do not recall Ms. Smith making a blanket assertion that Ingram Micro was not going to hire any more temporary employees.

4-6-98
Date

[signature]
Ken Goodwin

Exhibit 7

| FIRST | LAST | TITLE | DOH | HIRE SOURCE | RACE | DOB | GENDER |
|---|---|---|---|---|---|---|---|
| HOMER | ANDERSON | RECEIVING | 8/25/97 | | WHITE | 7/23/40 | MALE |
| ERIC | AUBEL | REPACK | 8/18/97 | | WHITE | 9/28/77 | MALE |
| ARON | BOBB | REPACK | 5/19/97 | | WHITE | 11/28/74 | MALE |
| ALEXIS | BRAVO | REPACK | 8/18/97 | | HISPANIC | 8/3/71 | MALE |
| HECTOR | BURBON | RECEIVING | 5/5/97 | | HISPANIC | 1/23/65 | MALE |
| GARY | CANFIELD | LABEL PICKS | 8/25/97 | | WHITE | 12/28/74 | MALE |
| MATTHEW | CHAMBERS | LABEL PICKS | 8/25/97 | | WHITE | 4/10/71 | MALE |
| GLORIA | CHAVEZ | REPACK | 8/18/97 | TEMP-TO-PERM | HISPANIC | 9/22/58 | FEMALE |
| TERESA | CHAVEZ | REPACK | 8/18/97 | TEMP-TO-PERM | HISPANIC | 1/2/77 | FEMALE |
| JENNIFER | COLE | MANIFESTOR | 4/7/97 | | WHITE | 2/2/71 | FEMALE |
| CURTIS | CONAWAY | SUPV. - HOUSEKEEPING | 5/27/97 | | WHITE | 1/26/64 | MALE |
| SCOTT | COY | LTL | 8/18/97 | | WHITE | 11/15/71 | MALE |
| EDMUND | DAVIS | RECEIVING | 5/27/97 | | BLACK | 12/5/58 | MALE |
| JOSEPH | FAIOLA | RECEIVING | 6/16/97 | | WHITE | 6/3/62 | MALE |
| ANTHONY | GALARDI | LABEL PICKS | 7/7/97 | | WHITE | 9/7/39 | MALE |
| JULIA | GARCZYNSKI | LTL | 4/28/97 | | WHITE | 7/3/59 | FEMALE |
| WILLIE | GOLDEN, III | MANIFESTOR | 4/14/97 | | BLACK | 12/25/78 | MALE |
| JOSEPH | GROB | RECEIVING | 8/25/97 | | WHITE | 3/1/77 | MALE |
| DAVID | HARRIS | RECEIVING | 7/7/97 | | WHITE | 10/28/68 | MALE |
| MATTHEW | HAWLEY | RECEIVING | 8/18/97 | | WHITE | 8/14/77 | MALE |
| CYNTHIA | HORNING | REPACK | 8/18/97 | | WHITE | 7/2/55 | FEMALE |
| DEBRA | HUBER | MANIFESTOR | 8/18/97 | | WHITE | 12/5/61 | FEMALE |
| JAMES | JACKSON | CONVEYOR TECH I | 6/2/97 | | WHITE | 11/21/52 | MALE |
| SOVANNARITH | KEO | RECEIVING | 8/11/97 | | A/A | 6/10/66 | MALE |
| KATHY | KOHARSKI | REPACK | 8/18/97 | | WHITE | 10/2/53 | FEMALE |
| PIEDAD | LARA | REPACK | 8/18/97 | TEMP-TO-PERM | HISPANIC | 10/9/42 | FEMALE |
| RICHARD | LEPLEY | MANIFESTOR | 4/14/97 | | WHITE | 8/10/71 | MALE |
| BENJAMIN | MADER | MANIFESTOR | 4/14/97 | | WHITE | 6/19/77 | MALE |
| PAUL | MALETTA | MANIFESTOR | 4/7/97 | | WHITE | 10/2/53 | MALE |
| KEITH | MARSHALL | LABEL PICKS | 5/27/97 | | WHITE | 1/13/77 | MALE |
| CASSANDRA | MARTINEZ | MANIFESTOR | 4/14/97 | | HISPANIC | 9/12/65 | FEMALE |
| ALLAN | MATHIS | RECEIVING | 6/2/97 | | BLACK | 2/22/72 | MALE |
| MATTHEW | METALLO | RECEIVING | 8/18/97 | | WHITE | 9/19/75 | MALE |
| MARK | MILLER | IND. ENGINEER | 5/5/97 | | WHITE | 2/23/75 | MALE |
| SUSAN | MITCHELL | REPACK | 8/18/97 | | WHITE | 1/23/47 | FEMALE |
| MILTON | MORALES | REPACK | 8/18/97 | | HISPANIC | 8/9/72 | MALE |

Exhibit #7

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ALEXANDER | OWTSCHARUK | CONVEYOR TECH I | 5/27/97 | | WHITE | 7/22/51 | MALE |
| PATRICIA | PANISCWICZ | MANIFESTOR | 5/5/97 | | WHITE | 7/9/61 | FEMALE |
| GUILLERMO | PAULINO | MANIFESTOR | 8/4/97 | TEMP-TO-PERM | HISPANIC | 2/21/53 | MALE |
| JODI | PECK | RECEIVING | 5/27/97 | | WHITE | 8/16/66 | FEMALE |
| JUAN | PEREZ | MANIFESTOR | 4/7/97 | TEMP-TO-PERM | HISPANIC | 7/11/61 | MALE |
| CHRISTINE | ROE | REPACK | 6/2/97 | | WHITE | 8/9/64 | FEMALE |
| THOMAS | ROSS | RECEIVING | 5/5/97 | | WHITE | 11/12/61 | MALE |
| BRIAN | ROWE | MANIFESTOR | 4/7/97 | | WHITE | 10/31/64 | MALE |
| JUAN | SANTIANGO | MANIFESTOR | 4/7/97 | TEMP-TO-PERM | HISPANIC | 7/15/66 | MALE |
| ANN | SCHIAVONI | REPACK | 4/7/97 | | A. INDIAN | 8/28/50 | FEMALE |
| LORI | SCHNECK | REPACK | 5/19/97 | | WHITE | 9/6/61 | FEMALE |
| CHAD | SCHWALM | RECEIVING | 8/18/97 | | WHITE | 6/5/77 | MALE |
| KAREN | SHEPPARD | LTL | 8/11/97 | | WHITE | 5/23/69 | FEMALE |
| DEREK | SMITH | MANIFESTOR | 4/7/97 | TEMP-TO-PERM | BLACK | 3/11/63 | MALE |
| DEANNA | SNYDER | REPACK | 5/19/97 | | WHITE | 10/24/78 | FEMALE |
| MARK | SPOONHOUR | RECEIVING | 8/18/97 | | WHITE | 6/22/71 | MALE |
| MARK | SPROAT | MANIFESTOR | 7/7/97 | TEMP-TO-PERM | WHITE | 10/30/75 | MALE |
| JODY | STEWART | HOT REPLENISHMENT | 8/25/97 | | WHITE | 1/31/62 | FEMALE |
| TERESA | TALION | REPACK | 8/25/97 | | WHITE | 3/28/73 | FEMALE |
| DENYS | TOLEDO | MANIFESTOR | 4/7/97 | TEMP-TO-PERM | HISPANIC | 4/18/71 | MALE |
| ANGEL | TOLEDO | MANIFESTOR | 8/4/97 | TEMP-TO-PERM | HISPANIC | 4/6/46 | MALE |
| JENNIFER | ULISHNEY | MANIFESTOR | 4/28/97 | | WHITE | 6/13/71 | FEMALE |
| JACK | UPDEGRAFF | LABEL PICKS | 8/11/97 | | WHITE | 2/5/55 | MALE |
| SCOTT | VALLIER | REPACK | 5/12/97 | | WHITE | 1/7/76 | MALE |
| HARRY | WESTHAFER | MANIFESTOR | 4/7/97 | | WHITE | 8/29/71 | MALE |
| ELI | WILLIAMS | LABEL PICKS | 8/11/97 | | WHITE | 12/30/78 | MALE |
| NORMAN | WINFINDALE | REPACK | 5/19/97 | | WHITE | 4/24/78 | MALE |
| WILLIAM | ZERBE | RECEIVING | 8/25/97 | | WHITE | 11/7/54 | MALE |

Exhibit #9

## SHIFT SCHEDULES 2808

WEEK OF: 07/13/97 - 07/19/97
DEPARTMENT: HOT REPLENISHMENT PM    MANAGER: [redacted]    SPV/SENIOR: [redacted]

| NAME | POSITION | START | BREAK | LUNCH OUT | | LUNCH IN | BREAK | FINISH | | DAILY HOURS | WEEKLY HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TORRES, AARON | SUPERVISOR | 2:00 PM | 4:30 PM | 6:00 PM | FT | 6:30 PM | 8:30 PM | 10:30 PM | | 8.0 | 40.0 |
| ROTHSTEIN, CHRIS | SENIOR CLERK | 3:00 PM | 5:00 PM | 7:30 PM | FT | 8:00 PM | 9:45 PM | 11:30 PM | | 8.0 | 40.0 |
| CRESPO, YOLANDA | SHIP CLERK II | 3:00 PM | 5:15 PM | 7:00 PM | FT | 7:30 PM | 10:00 PM | 11:30 PM | DA-HOTS-QA | 8.0 | 40.0 |
| GAUTIER, HIRAM | SHIP CLERK I | 3:00 PM | 5:30 PM | 7:30 PM | FT | 8:00 PM | 10:15 PM | 11:30 PM | | 8.0 | 40.0 |
| TOCCI, CRAIG | SHIP CLERK I | 3:00 PM | 5:45 PM | 8:00 PM | FT | 8:30 PM | 10:30 PM | 11:30 PM | | 8.0 | 40.0 |
| BOBB, ARON | SHIP CLERK I | 3:00 PM | 5:15 PM | 7:30 PM | FT | 8:00 PM | 10:45 PM | 11:30 PM | | 8.0 | 40.0 |
| HORNE, RON | SHIP CLERK I | 3:00 PM | 6:00 PM | 8:00 PM | FT | 8:30 PM | 10:00 PM | 11:30 PM | | 8.0 | 40.0 |
| ZDENKO VUKOVIC | SHIP CLERK I | 3:00 PM | 5:00 PM | 8:00 PM | FT | 8:30 PM | 10:00 PM | 11:30 PM | | 8.0 | 40.0 |
| PATRICK, DAVID | SEASONAL | 3:00 PM | 5:30 PM | 7:00 PM | FT | 7:30 PM | 10:15 PM | 11:30 PM | 4(2808)-4(2824) | 8.0 | 40.0 |
| HO, LUAN | SHIP CLERK II | 4:00 PM | 6:30 PM | 8:30 PM | FT | 9:00 PM | 11:00 PM | 12:30 PM | | 8.0 | 40.0 |
| ECHOLS, JAMES | SHIP CLERK I | 5:00 PM | 8:30 PM | | PT | | | 11:00 PM | WED 6 TO 11 | 6.0 | 29.0 |
| SPEELMAN, DAVE (3) | SHIP CLERK I | 6:00 PM | 8:00 PM | | PT | | | 11:00 PM | (M,W,TH) | 5.0 | 15.0 |
| TRENN, JODI | SHIP CLERK I | 12:00 N | 2:00 PM | 4:00 PM | FT | 4:30 PM | 6:30 PM | 8:30 PM | | 8.0 | 40.0 |
| FOLWEILER, JANET | SHIP CLERK II | 4:00 PM | 6:00 PM | 8:00 PM | FT | 8:30 PM | 10:00 PM | 12:30 AM | | 8.0 | 40.0 |
| BRESSLER, ANGIE | SHIP CLERK II | 4:00 PM | 6:15 PM | 7:30 PM | FT | 8:00 PM | 10:15 PM | 12:30 AM | | 8.0 | 40.0 |
| SKRIPNIKOV, SEMAN | SHIP CLERK I | 3:30 PM | 6:30 PM | | PT | | | 9:30 PM | | 6.0 | 30.0 |
| PAYNE, ROMAINE | TEMPORARY | 2:30 PM | 4:30 PM | 6:30 PM | T | 7:00 PM | 9:00 PM | 11:00 PM | | | |
| BENNETT, SHIRLEY | TEMPORARY | 2:30 PM | 4:45 PM | 7:00 PM | T | 7:30 PM | 9:15 PM | 11:00 PM | | | |
| CONNOR, DOUGLAS | TEMPORARY | 3:00 PM | 5:00 PM | 7:00 PM | T | 7:30 PM | 9:30 PM | 11:30 PM | | | |
| CHOWDHURY, MATIN | TEMPORARY | 3:00 PM | 5:15 PM | 7:30 PM | T | 8:00 PM | 9:45 PM | 11:30 PM | | | |
| CONFORTI, BRAD | TEMPORARY | 3:00 PM | 5:30 PM | 8:00 PM | T | 8:30 PM | 10:00 PM | 11:30 PM | | | |
| CRILEY, CALVIN | SHIP CLERK II | 3:00 PM | 5:45 PM | 7:30 PM | FT | 8:00 PM | 10:00 PM | 11:30 PM | | 8.0 | 40.0 |
| ANDERSON, KAREN | SHIP CLERK I | 6:00 PM | 8:15 PM | | PT | | | 10:00 PM | | 4.0 | 20.0 |

| | DAILY | WEEKLY |
|---|---|---|
| | 133.0 | 654.0 |
| | 9 | 45 |
| | 142.0 | 699.0 |

HOURS BUDGETED:
OT AVAILABLE:
MAX HOURS ALLOWED:

**CERTIFICATE OF SERVICE**

PAUL J. DELLASEGA, ESQ.
#23146
305 North Front Street
P.O. Box 999
Harrisburg, PA 17108
(717) 255-7621

Shirley A. Banks-Bennett — 3-15-04

Shirley A. Banks-Bennett    Date

(3) Copies