IN THE UNITED STATES DISTRICT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

SHIRLEY A. BANKS-BENNETT  
(Plaintiff)

CIVIL ACTION NO.:  
1: CV-01-1241

INGRAM MICRO U.S. et al.  
(Defendants)

J. Kane

MOTION FOR SUMMARY JUDGEMENT

1. Pro se plaintiff, this is her right to file counter-affidavits.

2. Responsive material.

3. Fair Notice requirement of Summary Judgement.

4. June 14, 2003, plaintiff became disabled.

FILED  
HARRISBURG, PA  

MAR 1 5 2004  

MARY E. D'ANDREA, CLERK  
Per_____

Respectfully Submitted,

Date: 3-15-04

Shirley A. Banks-Bennett  
2649 Waldo Street  
Harrisburg, PA 17110  
717-232-1989

# CERTIFICATE OF SERVICE

PAUL J. DELLASEGA, ESQ.
#23146
305 North Front Street
P.O. Box 999
Harrisburg, PA 17108
(717) 255-7621


_____     __3-15-04___
Shirley A. Banks-Bennett           Date

(3) Copies