IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHIRLEY A. BANKS-Bennett           CIVIL ACTION NO.
        PLAINTIFF                   1: CV-01-1241

            V                       (JUDGE KANE)

INGRAM MICRO U.S. et al.
            DEFENDANT

FILED
HARRISBURG, PA

MAR 2 4 2004

MARY E. D'ANDREA, CLERK
Per _____

DEAR JUDGE KANE

I AM WRITING THIS LETTER ABOUT PETER HOFFMAN'S SOCIAL SECURITY NUMBER. MR. HOFFMAN LIVES IN THE UNITED STATES. I DON'T KNOW WHERE. THIS INFORMATION FALLS UNDER THE PRIVACY ACT. WITH THE COURTS PERMISSION COULD PLAINTIFF SUBPEONA SOCIAL SECURITY TO LOOK INTO MR. HOFFMAN ADDRESS.

Respectfully Yours
Shirley A Banks-Bennett
*Shirley A Banks-Bennett*
2649 Waldo St
Hbg, Pa. 17110
717 232-1989

## CERTIFICATE OF SERVICE

PAUL J. DELLASEGA, ESQ.
#23146
305 North Front Street
P.O. Box 999
Harrisburg, PA 17108
(717) 255-7621

_____        3-24-04
Shirley A. Banks-Bennett                 Date

(3) Copies