IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | CIVIL ACTION NO. |
| SHIRLEY A. BANKS-BENNETT, | : | 1:CV-01-1241 |
| Plaintiff | : | |
| | : | |
| v. | : | Judge Yvette Kane |
| | : | |
| | : | |
| INGRAM MICRO U.S., et al, | : | |
| Defendant | : | |

# O R D E R

**AND NOW** this 10th day of May 2004, **IT IS HEREBY ORDERED THAT** the case management order issued on July 30, 2003 is **AMENDED** as follows: The Pretrial and Settlement Conference that is scheduled for May 25, 2004 at 10:00 am, will be held by telephone conference. The Court will initiate the telephone call. The rest of the Case Management Order remains the same. Plaintiff and counsel for the defendants are directed to contact the court at 717-221-3990 on or before May 21, 2004 with phone numbers where they can be reached on the day of the conference.

s/ Yvette Kane
Yvette Kane
United States District Judge