## LIST OF EXHIBITS

**CASE CAPTION:  Banks-Bennett v. Ingram Micro, et al.**        **CASE NUMBER:**   *1: CV-01-1241*

**MIDDLE DISTRICT OF PENNSYLVANIA**                              **JUDGE:**   The Honorable Yvette Kane


| PTF | DFT | DESCRIPTION OF OBJECT OR ITEM | IDENITFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| ____ | 1 | The complete Pennsylvania Human Relations Commission file. | _____ | _____ | _____ | _____ |
| ____ | 2 | All pleadings. | _____ | _____ | _____ | _____ |
| ____ | 3 | Defendants' First Request for Admissions. | _____ | _____ | _____ | _____ |
| ____ | 4 | Defendants' Second Request for Admissions. | _____ | _____ | _____ | _____ |
| ____ | 5 | Defendants' Third Request for Admissions. | _____ | _____ | _____ | _____ |
| ____ | 6 | Plaintiff's Discovery responses. | _____ | _____ | _____ | _____ |
| ____ | 7 | Statement of Bill Munley. | _____ | _____ | _____ | _____ |
| ____ | 8 | Statement of Barry Wharton. | _____ | _____ | _____ | _____ |
| ____ | 9 | Statement of Aaron Torres. | _____ | _____ | _____ | _____ |
| ____ | 10 | Statement of Bob Scott. | _____ | _____ | _____ | _____ |
| ____ | 11 | Statement of Ken Goodwin | _____ | _____ | _____ | _____ |