IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHIRLEY A. BANKS-BENNETT,<br>Plaintiff | : | CIVIL ACTION NO.<br>1:CV-01-1241 |
| v. | : | (Judge Kane) |
| INGRAM MICRO U.S., et al.,<br>Defendants | : | |

## ORDER

AND NOW, on this 21st day of May, **IT IS HEREBY ORDERED THAT** the pre-trial conference set for Tuesday, May 25, 2004 at 10:00 a.m. and jury selection set for June 7, 2004, are cancelled. **IT IS FURTHER ORDERED THAT** the case is stayed pending resolution of Plaintiff's and Defendants' motions for summary judgment.

                                 S/ Yvette Kane
                                 Yvette Kane
                                 United States District Judge