Shirley A. Banks-Bennett,
    Plaintiff

v.

Ingram Mireo U.S. et, al,
    Defendent.

1:CV-01-1241

**FILED**
HARRISBURG, PA
Judge Kane
AUG 09 2004
MARY E. D'ANDREA, CLERK
Per _____

Memorandum    This case is ripe.

1. On March 15, 2004, Plaintiff filed with the Court a "Motion for Summary Judgement". The Motion is outstanding. It address a legal issue arising out of the Factural allegation of the Complaint. Leave to amend 7-16-2002.

2. Plaintiff spoke to Paul J. Dellasega at his office. 12-01-03. I was told by Mr. Dellasega to put a Brief in Opposition in. A true correct copy Letter from Plaintiff to Defendant is attached hereto and mark Exhibit "B".

3. Discovery on or before 12-31-2003. There is no statement of Bill Munley.

4. Defendent has play DIRTY TACTLESS, ACT.

5. Pro se plaintiff, This is her right to file Counter-affidavit.

6. Motion For Summary Judgement "Plaintiff."

Respectfully Submitted,

Shirley A. Banks-Bennett
2649 Waldo St
Hbg, Pa. 17110
717 232-1989

## CERTIFICATE OF SERVICE

PAUL J. DELLASEGA, ESQ.
#23146
305 North Front Street
P.O. Box 999
Harrisburg, PA 17108
(717) 255-7621

_____      8-9 04
Shirley A. Banks-Bennett              Date

(3) Copies